## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CELSIS IN VITRO, INC.<br>a Maryland Corporation, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.  1:10cv4053 |
| | ) | |
| CELLZDIRECT, INC., a Delaware Corporation<br>and wholly-owned subsidiary of INVITROGEN<br>CORPORATION and INVITROGEN<br>CORPORATION, a Delaware Corporation. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF CLAIMS PURSUANT TO LR 3.4

Plaintiff Celsis In Vitro, Inc. ("Celsis" or "Plaintiff"), respectfully requests that

the Clerk of the Court notify the Director of the U.S. Patent and Trademark Office of the

filing of the Complaint relating to U.S. Patent No. 7,604,929.  The following information

has been included to assist the Clerk in complying with this requirement.

### Patent-in-Suit

*Patent*: U.S. Patent No. 7,604,929
*Title*: "Cellular Compositions and Methods for Their Preparation,"
*Inventors*:  Daniel Dryden and James Hardy
*Issued*: October 20, 2009

## Names and Addresses of the Parties

Plaintiff:
Celsis In Vitro, Inc.
1450 South Rolling Road
Baltimore, Maryland 21227

Defendants:
CellzDirect, Inc.
4301 Emperor Boulevard
Durham, North Carolina  27703

And

Invitrogen Corporation
1600 Faraday Avenue
P.O. Box 6482
Carlsbad, California  92008.


Dated:  June 29, 2010

By:          s/ Adam G. Kelly
                Jordan A. Sigale, Esq.
                Adam G. Kelly, Esq.
                Julie L. Langdon, Esq.
                LOEB & LOEB LLP
                321 North Clark Street
                Chicago, IL  60654
                akelly@loeb.com

                *Attorneys for Plaintiff,*
                *Celsis In Vitro, Inc.*

## CERTIFICATE OF SERVICE

I, Adam G. Kelly, hereby certify that a copy of the foregoing **Notice of Claims Pursuant to LR 3.4**was served via FedEx upon the following on the 30th day of June, 2010:

TO:    Stephen G. Whiteside, Ph.D., Esq.
Invitrogen Corporation
7305 Executive Way
Frederick, MD 21704
stephen.whiteside@invitrogen.com

Dated:  June 29, 2010

By:        /s/ Adam G. Kelly

Jordan A. Sigale, Esq.
Adam G. Kelly, Esq.
Julie L. Langdon, Esq.
LOEB & LOEB LLP
321 North Clark Street
Chicago, IL  60654
(312) 464-3100
akelly@loeb.com

*Attorneys for Plaintiff,*
*Celsis In Vitro, Inc.*