# E.1



## MULTIPLE DONOR POOLED CRYOPRESERVED HUMAN HEPATOCYTES

Multi-donor hepatocyte pools are designed for use in metabolism studies and save time and money by eliminating the need for pooling by the customer and using one pooled vial instead of multiple individual vials.  The pools are produced from CellzDirect's extensive inventory of superior human cryopreserved hepatocytes.

### Quality and Characterization

We have carefully produced and characterized our lots, offering detailed donor demographics, extensive P450 profiling, morphological assessment, and application suitability.  The commonly tested Phase I (P450) and Phase II drug metabolizing enzymes were analyzed for activity in each of our lots. Metabolite formation was measured by standard biochemical assays using GLP validated LC-MS/MS assays.

### Preparation and Thawing

In order to obtain reliable and consistent results from your cryopreserved hepatocytes assays, it is critical to focus on preparing healthy cells for incubation.  CellzDirect provides detailed instruction for thawing and using cryopreserved hepatocytes.  To maximize cell yield, the use of our standard procedure is recommended.  To maximize cell viability thawing using CellzDirect's Cryopreserved Hepatocyte Recovery Medium (CHRM) is recommended.

### Pools – Catalog # HMCH-M8-P10

**Lot #:  HuP50**

| Donor Information | Yield | % Viability | ECOD | 7-HCG | 7-HCS | CYP 3A4 (TES) | CYP 3A4 (MDZ) | CYP 1A2 | CYP 2B6 | CYP 2C8 | CYP 2C9 | CYP 2C19 | CYP 2D6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $pmol/1 \times 10^6$ cells/min | | | | | |
| 10-Donor 5-male/5-Female Ages 17-59 | 5 Million Cells/Vial | 87% | 40 | 593 | 21 | 784 | N/A | 138 | N/A | 6 | 81 | 16 | 35 |

**Lot #:  HuP58**

| Donor Information | Yield | % Viability | ECOD | 7-HCG | 7-HCS | CYP 3A4 (TES) | CYP 3A4 (MDZ) | CYP 1A2 | CYP 2B6 | CYP 2C8 | CYP 2C9 | CYP 2C19 | CYP 2D6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $pmol/1 \times 10^6$ cells/min | | | | | |
| 10-Donor 5-male/5-Female Ages 17-59 | 5 Million Cells/Vial | 81% | 21 | 600 | 33 | 567 | 125 | 38 | 43 | 34 | 83 | 82 | 16 |

**Lot #:  HuP59**

| Donor Information | Yield | % Viability | ECOD | 7-HCG | 7-HCS | CYP 3A4 (TES) | CYP 3A4 (MDZ) | CYP 1A2 | CYP 2B6 | CYP 2C8 | CYP 2C9 | CYP 2C19 | CYP 2D6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $pmol/1 \times 10^6$ cells/min | | | | | |
| 10-Donor 5-male/5-Female Ages 14-74 | 5 Million Cells/Vial | 90% | 35 | 777 | 33 | 567 | 187 | 98 | 59 | 32 | 91 | 26 | 21 |

**Lot #:  HuP60**

| Donor Information | Yield | % Viability | ECOD | 7-HCG | 7-HCS | CYP 3A4 (TES) | CYP 3A4 (MDZ) | CYP 1A2 | CYP 2B6 | CYP 2C8 | CYP 2C9 | CYP 2C19 | CYP 2D6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $pmol/1 \times 10^6$ cells/min | | | | | |
| 10-Donor 5-male/5-Female Ages 20-75 | 5 Million Cells/Vial | 89% | 28 | 975 | 42 | 475 | 68 | 49 | 49 | 13 | 80 | 9 | 20 |

NOTES:
Viability and cell yield was produced using the CHRM thawing method. Viability and cell yield using Williams' medium E (WEM) is also available.

Target post-thaw yield is 5 million viable cells per vial unless noted.
CYP2C8 = Paclitaxel 6α-Hydroxylation
7-HCG = 7-hydroxycoumarin glucuronide (Phase II metabolism)
7-HCS = 7-hydroxycoumarin sulfate (Phase II metabolism)
CYP2B6 = Bupropion Hydroxylation
*Average post-thaw viability based on CellzDirect, Inc. thawing protocol

ECOD = 7-ethoxycoumarin-O-deethylation (General Phase I metabolism)
CYP1A2 = Phenacetin O-Deethylation
CYP2C9 = Diclofinac 4'-Hydroxylation
CYP2C19 = Mephenytoin 4'-Hydroxylation
CYP2D6 = Dextromethorphan O-Deethylation
CYP3A4 = Testosterone 6β-Hydroxylation
CYP3A4 = Midazolam 1'-Hydroxylation

TEL: 866.95.CELLZ (23559)          CELLZDIRECT.COM          CellzDirect™

## ENZYMATIC ACTIVITY FOR MULTIPLE DONOR POOLS

*Average* = Observed data from internal study using single donor lots*



CYP1A2 (Phenacetin O-Deethylation)



CYP2C8 (Paclitaxel 6α-Hydroxylation)



CYP2C9 (Diclofinac 4'-Hydroxylation)



CYP2C19 (Mephenytoin 4'-Hydroxylation)



CYP2D6 (Dextromethorphan O-Deethylation)



CYP3A4 (Testosterone 6β-Hydroxylation )



ECOD (7-ethoxycoumarin-O-deethylation)
(General Phase I metabolism)



7-HCG (7-hydroxycoumarin glucuronide)
(Phase II metabolism)

TEL: 866.95.CELLZ (23559)          CELLZDIRECT.COM          CellzDirect™

# E.2



# CellzDirect™ Hepatic Products List

CellzDirect, a globally-recognized leader in hepatic tissue sourcing, cell isolation and ADME *in vitro* services, carries a comprehensive line of hepatic products to advance your *in vitro* DMPK research:

- › Fresh primary hepatocytes from major toxicology species, including human
- › Cryopreserved primary hepatocytes from major toxicology species, including human
- › Liver subcellular fractions, such as microsomes, S9 and cytosol
- › GenoMembrane™ transporter inside-out vesicles and membranes
- › B-CLEAR® kits for the evaluation of biliary excretion
- › Media formulated for the thawing and plating of cryopreserved hepatocytes

## Two ways to order: CellzDirect or Invitrogen

Starting mid-July 2009, you can purchase cryopreserved hepatocytes and liver subcellular fractions through either CellzDirect or Invitrogen. For availability through Invitrogen, check out the website at www.invitrogen.com/hepatocytes or call your local Invitrogen Customer Services team. Freshly isolated hepatocytes, currently sold exclusively in North America, are only available through CellzDirect.

## Technical support

For support selecting the appropriate lot of cryopreserved hepatocytes for your research applications, accessing protocols, or tracking orders placed through CellzDirect, please contact our hepatic biology technical support team.

### Americas
Email: hepaticproducts@invitrogen.com
Toll-free Tel: +1 866 952 3559
Tel: +1 919 237 4500
Fax: +1 866 902 3559

### Europe
Email: hepaticproducts@invitrogen.com
Tel: +44 141 814 5900
Fax: +44 141 626 6954

### Asia-Pacific
Email: hepaticbiology@invitrogen.com
Tel (US-based): +1 919 237 4500

## Cryopreserved primary hepatocytes

- › Functionally-tested for relevant CYP450, Phase I and Phase II enzyme activities
- › Available in single donor as well as convenient, ready-to-use, pooled lots
- › Cryopreserved to retain high viabilities and liver-like phenotypes
- › Human lots are pre-tested and selected for their ideal application

**◈ invitrogen**

## Hepatic Products List

| Product | Concentration | Quantity | Cat. no. |
| --- | --- | --- | --- |
| Human plateable cryopreserved hepatocytes (Please check the lot's certificate of analysis for exact cell count.) | | | |
| Human Plateable Hepatocytes, Transporter Qualified | 4–8 million viable cells/mL | 1.0 mL | HMCPTS |
| Human Plateable Hepatocytes, Transporter Qualified | 9–12 million viable cells/mL | 1.0 mL | HMCPTL |
| Human Plateable Hepatocytes, Induction Qualified | 4–8 million viable cells/mL | 1.0 mL | HMCPIS |
| Human Plateable Hepatocytes, Induction Qualified | 9–12 million viable cells/mL | 1.0 mL | HMCPIL |
| Human Plateable Hepatocytes, Metabolism Qualified | 4–8 million viable cells/mL | 1.0 mL | HMCPMS |
| Human Plateable Hepatocytes, Metabolism Qualified | 9–12 million viable cells/mL | 1.0 mL | HMCPML |
| | | | |
| Human suspension cryopreserved hepatocytes | | | |
| Human Suspension Hepatocytes, Metabolism Qualified, Male | 4–8 million viable cells/mL | 1.0 mL | HMCS1S |
| Human Suspension Hepatocytes, Metabolism Qualified, Male | 9–12 million viable cells/mL | 1.0 mL | HMCS1L |
| Human Suspension Hepatocytes, Metabolism Qualified, Female | 4–8 million viable cells/mL | 1.0 mL | HMCS2S |
| Human Suspension Hepatocytes, Metabolism Qualified, Female | 9–12 million viable cells/mL | 1.0 mL | HMCS2L |
| Human Suspension Hepatocytes, Metabolism Qualified, Pooled Donors | 4–8 million viable cells/mL | 1.0 mL | HMCS3S |
| Human Suspension Hepatocytes, Metabolism Qualified, Pooled Donors | 9–12 million viable cells/mL | 1.0 mL | HMCS3L |
| Human Suspension Hepatocytes, Polymorphic Donors | 4–8 million viable cells/mL | 1.0 mL | HMCSPS |
| Human Suspension Hepatocytes, Polymorphic Donors | 9–12 million viable cells/mL | 1.0 mL | HMCSPL |
| | | | |
| Animal suspension and plateable cryopreserved hepatocytes (Please inquire for minipig, guinea pig, and other custom species.) | | | |
| Dog (Beagle) Cryopreserved Hepatocytes, Male | 4–8 million viable cells/mL | 1.0 mL | DGCS10 |
| Dog (Beagle) Cryopreserved Hepatocytes, Female | 4–8 million viable cells/mL | 1.0 mL | DGCS20 |
| Dog (Beagle) Cryopreserved Hepatocytes, Plateable Male | 4–8 million viable cells/mL | 1.0 mL | DGCP10 |
| Dog (Beagle) Cryopreserved Hepatocytes, Plateable Female | 4–8 million viable cells/mL | 1.0 mL | DGCP20 |
| | | | |
| Fish (Rainbow Trout) Cryopreserved Hepatocytes, Male | 4–8 million viable cells/mL | 1.0 mL | TRCS10 |
| Fish (Rainbow Trout) Cryopreserved Hepatocytes, Female | 4–8 million viable cells/mL | 1.0 mL | TRCS20 |
| Fish (Rainbow Trout) Cryopreserved Hepatocytes, Mixed Gender | 4–8 million viable cells/mL | 1.0 mL | TRCS30 |
| | | | |
| Monkey (Cynomolgus) Cryopreserved Hepatocytes, Male | 4–8 million viable cells/mL | 1.0 mL | MKCS10 |
| Monkey (Cynomolgus) Cryopreserved Hepatocytes, Female | 4–8 million viable cells/mL | 1.0 mL | MKCS20 |
| Monkey (Cynomolgus) Cryopreserved Hepatocytes, Plateable Male | 4–8 million viable cells/mL | 1.0 mL | MKCP10 |
| Monkey (Cynomolgus) Cryopreserved Hepatocytes, Plateable Female | 4–8 million viable cells/mL | 1.0 mL | MKCP20 |
| | | | |
| Mouse (CD-1) Cryopreserved Hepatocytes, Male | 4–8 million viable cells/mL | 1.0 mL | MSCS10 |
| Mouse (CD-1) Cryopreserved Hepatocytes, Female | 4–8 million viable cells/mL | 1.0 mL | MSCS20 |
| Mouse (CD-1) Cryopreserved Hepatocytes, Plateable Male | 4–8 million viable cells/mL | 1.0 mL | MSCP10 |
| Mouse (CD-1) Cryopreserved Hepatocytes, Plateable Female | 4–8 million viable cells/mL | 1.0 mL | MSCP20 |
| | | | |
| Rabbit (New Zealand White) Cryopreserved Hepatocytes, Male | 4–8 million viable cells/mL | 1.0 mL | RBCS10 |
| Rabbit (New Zealand White) Cryopreserved Hepatocytes, Female | 4–8 million viable cells/mL | 1.0 mL | RBCS20 |
| Rabbit (New Zealand White) Cryopreserved Hepatocytes, Plateable Male | 4–8 million viable cells/mL | 1.0 mL | RBCP10 |
| Rabbit (New Zealand White) Cryopreserved Hepatocytes, Plateable Female | 4–8 million viable cells/mL | 1.0 mL | RBCP20 |
| | | | |
| Rat (Sprague-Dawley) Cryopreserved Hepatocytes, Male | 4–8 million viable cells/mL | 1.0 mL | RTCS10 |
| Rat (Sprague-Dawley) Cryopreserved Hepatocytes, Female | 4–8 million viable cells/mL | 1.0 mL | RTCS20 |
| Rat (Sprague-Dawley) Cryopreserved Hepatocytes, Plateable Male | 4–8 million viable cells/mL | 1.0 mL | RTCP10 |
| Rat (Sprague-Dawley) Cryopreserved Hepatocytes, Plateable Female | 4–8 million viable cells/mL | 1.0 mL | RTCP20 |



Hepatic Products List

# Fresh primary hepatocytes (exclusive to North America)

→ Extensive tissue sourcing network ensures regular availability of human hepatocytes

→ Pre-scheduled animal isolations make it easy to plan your *in vitro* experiments

→ Large selection of collagen-coated plating formats, including overlays

→ Experienced isolationists provide consistent, high quality lots of hepatocytes

| Product | Concentration | Quantity | Cat. no. |
|---|---|---|---|
| Human and animal fresh suspension hepatocytes (Note: There is a minimum order of 15 million cells for freshly isolated suspension hepatocytes.) | | | |
| Human Fresh Hepatocytes, Suspension | 1 million viable cells/mL | 1 million cells | HMFS01 |
| Dog (Beagle) Fresh Hepatocytes, Suspension | 1 million viable cells/mL | 1 million cells | DGFS01 |
| Monkey (Cynomolgus) Fresh Hepatocytes, Suspension | 1 million viable cells/mL | 1 million cells | MKFS01 |
| Monkey (Rhesus) Fresh Hepatocytes, Suspension | 1 million viable cells/mL | 1 million cells | RHFS01 |
| Mouse (CD-1) Fresh Hepatocytes, Suspension | 1 million viable cells/mL | 1 million cells | MSFS01 |
| Mouse (Balb/C) Fresh Hepatocytes, Suspension | 1 million viable cells/mL | 1 million cells | BCFS01 |
| Rat (Sprague-Dawley) Fresh Hepatocytes, Suspension | 1 million viable cells/mL | 1 million cells | RTFS01 |
| Human and animal fresh plated hepatocytes | | | |
| Human Fresh Hepatocytes | — | 1 x 6-well plate | HMFN06 |
| Human Fresh Hepatocytes | — | 1 x12-well plate | HMFN12 |
| Human Fresh Hepatocytes | — | 1 x 24-well plate | HMFN24 |
| Human Fresh Hepatocytes | — | 1 x 48-well plate | HMFN48 |
| Human Fresh Hepatocytes | — | 1 x 96-well plate | HMFN96 |
| Human Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 6-well plate | HMFY06 |
| Human Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 12-well plate | HMFY12 |
| Human Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 24-well plate | HMFY24 |
| Human Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 48-well plate | HMFY48 |
| Human Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 96-well plate | HMFY96 |
| Human Fresh Hepatocytes | — | 1 x T75 flask | HMFN75 |
| Dog (Beagle) Fresh Hepatocytes | — | 1 x 6-well plate | DGFN06 |
| Dog (Beagle) Fresh Hepatocytes | — | 1 x 12-well plate | DGFN12 |
| Dog (Beagle) Fresh Hepatocytes | — | 1 x 24-well plate | DGFN24 |
| Dog (Beagle) Fresh Hepatocytes | — | 1 x 48-well plate | DGFN48 |
| Dog (Beagle) Fresh Hepatocytes | — | 1 x 96-well plate | DGFN96 |
| Dog (Beagle) Fresh Hepatocytes, with Matrigel™ Overlay | — | 1 x 6-well plate | DGFY06 |
| Dog (Beagle) Fresh Hepatocytes, with Matrigel™ Overlay | — | 1 x 12-well plate | DGFY12 |
| Dog (Beagle) Fresh Hepatocytes, with Matrigel™ Overlay | — | 1 x 24-well plate | DGFY24 |
| Dog (Beagle) Fresh Hepatocytes, with Matrigel™ Overlay | — | 1 x 48-well plate | DGFY48 |
| Dog (Beagle) Fresh Hepatocytes, with Matrigel™ Overlay | — | 1 x 96-well plate | DGFY96 |
| Dog (Beagle) Fresh Hepatocytes | — | 1 x T75 flask | DGFN75 |
| Monkey (Cynomolgus) Fresh Hepatocytes | — | 1 x 6-well plate | MKFN06 |
| Monkey (Cynomolgus) Fresh Hepatocytes | — | 1 x 12-well plate | MKFN12 |
| Monkey (Cynomolgus) Fresh Hepatocytes | — | 1 x 24-well plate | MKFN24 |
| Monkey (Cynomolgus) Fresh Hepatocytes | — | 1 x 48-well plate | MKFN48 |



Hepatic Products List

# Fresh primary hepatocytes (exclusive to North America) cont.

| Product | Concentration | Quantity | Cat. no. |
|---|---|---|---|
| Human and animal fresh plated hepatocytes, cont. | | | |
| Monkey (Cynomolgus) Fresh Hepatocytes | — | 1 x 96-well plate | MKFN96 |
| Monkey (Cynomolgus) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 6-well plate | MKFY0 |
| Monkey (Cynomolgus) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 12-well plate | MKFY12 |
| Monkey (Cynomolgus) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 24-well plate | MKFY24 |
| Monkey (Cynomolgus) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 48-well plate | MKFY48 |
| Monkey (Cynomolgus) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 96-well plate | MKFY96 |
| Monkey (Cynomolgus) Fresh Hepatocytes | — | 1 x T75 flask | MKFN75 |
| Mouse (CD-1) Fresh Hepatocytes | — | 1 x 6-well plate | MSFN06 |
| Mouse (CD-1) Fresh Hepatocytes | — | 1 x 12-well plate | MSFN12 |
| Mouse (CD-1) Fresh Hepatocytes | — | 1 x 24-well plate | MSFN24 |
| Mouse (CD-1) Fresh Hepatocytes | — | 1 x 48-well plate | MSFN48 |
| Mouse (CD-1) Fresh Hepatocytes | — | 1 x 96-well plate | MSFN96 |
| Mouse (CD-1) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 6-well plate | MSFY06 |
| Mouse (CD-1) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 12-well plate | MSFY12 |
| Mouse (CD-1) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 24-well plate | MSFY24 |
| Mouse (CD-1) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 48-well plate | MSFY48 |
| Mouse (CD-1) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 96-well plate | MSFY96 |
| Mouse (CD-1) Fresh Hepatocytes | — | 1 x T75 flask | MSFN75 |
| Rat (Sprague-Dawley) Fresh Hepatocytes | — | 1 x 6-well plate | RTFN06 |
| Rat (Sprague-Dawley) Fresh Hepatocytes | — | 1 x 12-well plate | RTFN12 |
| Rat (Sprague-Dawley) Fresh Hepatocytes | — | 1 x 24-well plate | RTFN24 |
| Rat (Sprague-Dawley) Fresh Hepatocytes | — | 1 x 48-well plate | RTFN48 |
| Rat (Sprague-Dawley) Fresh Hepatocytes | — | 1 x 96-well plate | RTFN96 |
| Rat (Sprague-Dawley) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 6-well plate | RTFY06 |
| Rat (Sprague-Dawley) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 12-well plate | RTFY12 |
| Rat (Sprague-Dawley) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 24-well plate | RTFY24 |
| Rat (Sprague-Dawley) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 48-well plate | RTFY48 |
| Rat (Sprague-Dawley) Fresh Hepatocytes, with Geltrex™ Overlay | — | 1 x 96-well plate | RTFY96 |
| Rat (Sprague-Dawley) Fresh Hepatocytes | — | 1 x T75 flask | RTFN75 |



Hepatic Products List

## Liver microsomes and other subcellular fractions

→   Animal and human liver subcellular fractions are available as single donors as well as convenient, ready-to-use, pooled lots

→   Produced in large pooled lots for reproducible, long-term studies

→   Microsomes functionally tested for select CYP450 and Phase II enzyme activities

| Product | Concentration | Quantity | Cat. no. |
|---|---|---|---|
| Human and animal liver microsomes | | | |
| Human Microsomes, 50 Donors | 20 mg/mL | 0.5 mL | HMMCPL |
| Human Microsomes, Pooled Male Donors | 20 mg/mL | 0.5 mL | HMMCPM |
| Human Microsomes, Pooled Female Donors | 20 mg/mL | 0.5 mL | HMMCPF |
| Human Microsomes, Single Donor | 20 mg/mL | 0.5 mL | HMMCSD |
| Human Microsomes, Pediatric Donors | 20 mg/mL | 0.5 mL | HMMCPE |
| Human Microsomes, Low Activity Donors | 20 mg/mL | 0.5 mL | HMMCLO |
| Human Microsomes, Obese Donors | 20 mg/mL | 0.5 mL | HMMCOB |
| Human Microsomes, Morbidly Obese Donors | 20 mg/mL | 0.5 mL | HMMCMO |
| Human Microsomes, Overweight Donors | 20 mg/mL | 0.5 mL | HMMCOW |
| Human Microsomes, Ideal Weight Donors | 20 mg/mL | 0.5 mL | HMMCIW |
| Human Microsomes, Over 75 Years Old Donors | 20 mg/mL | 0.5 mL | HMMC75 |
| Human Microsomes, 18-39 Years Old Donors | 20 mg/mL | 0.5 mL | HMMC18 |
| Human Microsomes, 40-60 Years Old Donors | 20 mg/mL | 0.5 mL | HMMC40 |
| Human Microsomes, High 3A4 Activity Donors | 20 mg/mL | 0.5 mL | HMMC3A |
| Human Microsomes, High 2D6 Activity Donors | 20 mg/mL | 0.5 mL | HMMC2D |
| Dog (Beagle) Microsomes | 20 mg/mL | 0.5 mL | DGMCPL |
| Monkey (Cynomolgus) Microsomes | 20 mg/mL | 0.5 mL | MKMCPL |
| Monkey (Rhesus) Microsomes | 20 mg/mL | 0.5 mL | RHMCPL |
| Mouse (Balb/C) Microsomes | 20 mg/mL | 0.5 mL | BCMCPL |
| Mouse (CD-1) Microsomes | 20 mg/mL | 0.5 mL | MSMCPL |
| Rat (Sprague-Dawley) Microsomes | 20 mg/mL | 0.5 mL | RTMCPL |
| Mouse (CD-1) Control for Induced Microsomes, Corn Oil Vehicle | 20 mg/mL | 0.5 mL | MSMCVC |
| Mouse (CD-1) Microsomes, Induced with 3-Methylcholanthrene | 20 mg/mL | 0.5 mL | MSMCMC |
| Mouse (CD-1) Microsomes, Induced with Phenobarbital | 20 mg/mL | 0.5 mL | MSMCPB |
| Mouse (CD-1) Microsomes, Induced with Pregnenolone-16 Carbonitrile | 20 mg/mL | 0.5 mL | MSMCPC |
| Mouse (CD-1) Microsomes, Induced with Clorfibrate | 20 mg/mL | 0.5 mL | MSMCCL |
| Fish (Rainbow Trout) Microsomes, Male | 20 mg/mL | 0.5 mL | TRMC01 |
| Fish (Rainbow Trout) Microsomes, Female | 20 mg/mL | 0.5 mL | TRMC02 |
| Human and animal S9 fractions | | | |
| Human S9 Fractions, Pooled | 20 mg/mL | 1.0 mL | HMS9PL |
| Human S9 Fractions, Single Donor | 20 mg/mL | 1.0 mL | HMS9SD |
| Dog (Beagle) S9 Fractions | 20 mg/mL | 1.0 mL | DGS9PL |
| Fish (Rainbow Trout) S9 Fractions | 20 mg/mL | 1.0 mL | TRS9PL |
| Monkey (Cynomolgus) S9 Fractions | 20 mg/mL | 1.0 mL | MKS9PL |
| Monkey (Rhesus) S9 Fractions | 20 mg/mL | 1.0 mL | RHS9PL |



Hepatic Products List

## Liver microsomes and other subcellular fractions, cont.

| Product | Concentration | Quantity | Cat. no. |
|---|---|---|---|
| Human and animal S9 fractions | | | |
| Mouse (Balb/C) S9 Fractions | 20 mg/mL | 1.0 mL | BCS9PL |
| Mouse (CD-1) S9 Fractions | 20 mg/mL | 1.0 mL | MSS9PL |
| Rat (Sprague-Dawley) S9 Fractions | 20 mg/mL | 1.0 mL | RTS9PL |
| Human and animal cytosol | | | |
| Human Cytosol, Pooled | 20 mg/mL | 1.0 mL | HMCYPL |
| Human Cytosol, Single Donor | 20 mg/mL | 1.0 mL | HMCYSD |
| Dog (Beagle) Cytosol | 20 mg/mL | 1.0 mL | DGCYPL |
| Monkey (Cynomolgus) Cytosol | 20 mg/mL | 1.0 mL | MKCYPL |
| Monkey (Rhesus) Cytosol | 20 mg/mL | 1.0 mL | RHCYPI |
| Mouse (CD-1) Cytosol | 20 mg/mL | 1.0 mL | MSCYPL |
| Mouse (Balb/C) Cytosol | 20 mg/mL | 1.0 mL | BCCYPL |
| Rat (Sprague-Dawley) Cytosol | 20 mg/mL | 1.0 ml | RTCYPI |

## Hepatocyte media, reagents and kits

→  CHRM™ Medium allows you to retain high viabilities while thawing cryopreserved hepatocytes

→  Plating Supplement Pack contains media additives to support the thawing and plating of cryopreserved hepatocytes. Plating Supplement Pack includes pre-qualified fetal bovine serum, insulin, dexamethasone, gentamicin, L-glutamine and HEPES to supplement one 500 ml bottle of medium.

→  Maintenance Supplement Pack contains media additives to support short-term cultures of primary hepatocytes. Maintenance Supplement Pack includes dexamethasone, ITS+ (insulin, transferrin, selenium complex, BSA and linoleic acid), gentamicin, L-glutamine, and HEPES to support one 500 ml bottle of medium.

| Product | Concentration | Quantity | Cat. no. |
|---|---|---|---|
| Media and plates for hepatocyte culture | | | |
| Cryopreserved Hepatocytes Recovery Medium (CHRM™) | — | 50 mL | CM7000 |
| Plating Supplement Pack for Cryopreserved Hepatocytes (Serum-containing) | — | 1 kit, for 500 mL medium | CM3000 |
| Maintenance Supplement Pack for Cryopreserved Hepatocytes (Serum-free) | — | 1 kit, for 500 mL medium | CM4000 |
| Cryopreserved Hepatocytes Plating Medium (CHPM) | — | 50 mL | CM9000 |
| Cryopreserved Hepatocyte Evaluation Kit, for use with one vial of cryo hepatocytes | — | 1 kit | CM8000 |
| Collagen-Coated Plate | — | 1 x 6-well | CM1006 |
| Collagen-Coated Plate | — | 1 x 12-well | CM1012 |
| Collagen-Coated Plate | — | 1 x 24-well | CM1024 |
| Collagen-Coated Plate | — | 1 x 48-well | CM1048 |
| Collagen-Coated Plate | — | 1 x 96-well | CM1096 |
| Plate Lid | — | 1 lid | CM1002 |



Hepatic Products List

# GenoMembrane™ transporter reagents (available in North America and Europe)

→   Wide selection of major ABC efflux transporter membranes and vesicles

→   Straightforward *in vitro* screening for drug candidates' substrate and interaction potential

→   High signal-to-background ratios

| Product | Concentration | Quantity | Cat. no. |
|---|---|---|---|
| GenoMembrane™ assay reagents | | | |
| ABC Transporter ATPase Assay Reagent Kit | — | 160 assays | GM3020 |
| BSEP Vesicular Transport Assay Reagent Set | — | 100 assays | GM3001 |
| MDR1 Vesicular Transport Assay Reagent Set | — | 100 assays | GM3030 |
| Vesicular Transport Assay Reagent Set for MRP1, MRP2, MRP3, MRP4, MRP8, BCRP | — | 100 assays | GM3010 |
| GenoMembrane™ ABC transporter membranes (Each vial contains enough membranes for up to 125 ATPase assays.) | | | |
| Human MDR1 Membranes | 5 mg/mL | 0.5 mL | GM0015 |
| Human MRP1 Membranes | 5 mg/mL | 0.5 mL | GM0010 |
| Human MRP2 Membranes | 5 mg/mL | 0.5 mL | GM0001 |
| Dog (Beagle) MRP1 Membranes | 5 mg/mL | 0.5 mL | GM0017 |
| Dog (Beagle) MRP2 Membranes | 5 mg/mL | 0.5 mL | GM0014 |
| Monkey (Cynomolgus) MRP2 Membranes | 5 mg/mL | 0.5 mL | GM0018 |
| Mouse (Balb/C) MDR1a Membranes | 5 mg/mL | 0.5 mL | GM0004 |
| Mouse (Balb/C) MDR1b Membranes | 5 mg/mL | 0.5 mL | GM0016 |
| Rat (Sprague-Dawley) MRP1 Membranes | 5 mg/mL | 0.5 mL | GM0011 |
| Rat (Sprague-Dawley) MRP2 Membranes | 5 mg/mL | 0.5 mL | GM0002 |
| Control ABC Transporter Membranes | 5 mg/mL | 0.5 mL | GM0003 |
| GenoMembrane™ ABC transporter vesicles (Each vial contains enough vesicles for up to 50 vesicular transport assays.) | | | |
| Human BCRP Vesicles | 5 mg/mL | 0.5 mL | GM0008V |
| Human BSEP Vesicles | 5 mg/mL | 0.5 mL | GM0005V |
| Human MDR1 Vesicles, with fluorescent substrate N-methylquinidine | 5 mg/mL | 0.5 mL | GM0015HV |
| Human MRP1 Vesicles | 5 mg/mL | 0.5 mL | GM0010V |
| Human MRP2 Vesicles | 5 mg/mL | 0.5 mL | GM0001V |
| Human MRP3 Vesicles | 5 mg/mL | 0.5 mL | GM0021V |
| Human MRP4 Vesicles | 5 mg/mL | 0.5 mL | GM0012V |
| Human MRP8 Vesicles | 5 mg/mL | 0.5 mL | GM0013V |
| Dog (Beagle) BSEP Vesicles | 5 mg/mL | 0.5 mL | GM0019V |
| Dog (Beagle) MRP1 Vesicles | 5 mg/mL | 0.5 mL | GM0017V |
| Dog (Beagle) MRP2 Vesicles | 5 mg/mL | 0.5 mL | GM0014V |
| Monkey (Cynomolgus) MRP2 Vesicles | 5 mg/mL | 0.5 mL | GM0018V |
| Mouse (Balb/C) MDR1a Vesicles, with fluorescent substrate | 5 mg/mL | 0.5 mL | GM0004HV |
| Mouse (Balb/C) MRP2 Vesicles | 5 mg/mL | 0.5 mL | GM0022V |
| Rat (Sprague-Dawley) BCRP Vesicles | 5 mg/mL | 0.5 mL | GM0007V |
| Rat (Sprague-Dawley) BSEP Vesicles | 5 mg/mL | 0.5 mL | GM0006V |
| Rat (Sprague-Dawley) MRP1 Vesicles | 5 mg/mL | 0.5 mL | GM0011V |
| Rat (Sprague-Dawley) MRP2 Vesicles | 5 mg/mL | 0.5 mL | GM0002V |
| Rat (Sprague-Dawley) MRP4 Vesicles | 5 mg/mL | 0.5 mL | GM0020V |
| Control ABC Transporter Vesicles | 5 mg/mL | 0.5 mL | GM0003V |
| Control MDR1 Vesicles | 5 mg/mL | 0.5 mL | GM0003HV |

✿ invitrogen™

Hepatic Products List

## B-CLEAR® hepatic transport kits (available in North America)

→ Kit formats to determine the hepatobiliary disposition of drug candidates

→ Provides an *in vitro* hepatocyte model which correlates to *in vivo* function

→ Facilitates assessment of potential for hepatic transporter-mediated drug interactions

| Product | Concentration | Quantity | Cat. no. |
|---|---|---|---|
| B-CLEAR® hepatic transport kits (All kits contain fresh primary hepatocytes, media, buffers and control plates.) | | | |
| B-CLEAR® Human Hepatic Transport Kit | – | 6 x 6-well plates | BCHM06 |
| B-CLEAR® Human Hepatic Transport Kit | – | 3 x 24-well plates | BCHM24S |
| B-CLEAR® Human Hepatic Transport Kit | – | 6 x 24-well plates | BCHM24L |
| B-CLEAR® Rat Hepatic Transport Kit | – | 6 x 6-well plates | BCRT06 |
| B-CLEAR® Rat Hepatic Transport Kit | – | 6 x 24-well plates | BCRT24 |

 

www.invitrogen.com

For research use only. Not intended for any animal or human therapeutic or diagnostic use, unless otherwise stated.
©2009 Life Technologies Corporation. All rights reserved. The trademarks mentioned herein are the property of Life Technologies Corporation or their respective owners. These products may be covered by one or more Limited Use Label Licenses (see Invitrogen catalog or www.invitrogen.com). By use of these products you accept the terms and conditions of all applicable Limited Use Label Licenses. F-09277 0709

# E.3



# PRODUCT CHARACTERIZATION SHEET
## LOT #: HuP58
*(Human Cryopreserved Hepatocytes)*

| APPLICATION RECOMMENDATIONS | |
|---|---|
| Metabolic Stability/Profiling Studies using Cell Suspensions | Recommended |

| INVENTORY INFORMATION | |
|---|---|
| Number of Vials Produced | 469 |
| Current Available inventory | 460 |

### DONOR DEMOGRAPHICS

| Species | Sex | Race | Age | BMI | Smoker | Alcohol Use | Drug Use | Medications | Serological Data | Cause of Death |
|---|---|---|---|---|---|---|---|---|---|---|
| Human | Male | Caucasian | 39 | 32 | No | No | No | None | CMV+ | GSW to Head |
| Human | Male | Caucasian | 41 | 35 | Yes | Heavy | Yes | None | CMV+ | ICH |
| Human | Male | Caucasian | 56 | 29 | No | Social | No | None | CMV+ | Head Trauma |
| Human | Male | Caucasian | 59 | 26 | No | Yes | No | None | All Negative | CVA |
| Human | Male | Caucasian | 20 | 12 | No | No | No | None | CMV+ | Anoxia |
| Human | Female | Caucasian | 18 | 15 | No | No | No | None | All Negative | CNS Tumor |
| Human | Female | Caucasian | 17 | 18 | No | No | No | None | All Negative | Head Trauma |
| Human | Female | Caucasian | 26 | 26 | Yes | Social | No | Opiates, Effexor | CMV+ | Head Trauma |
| Human | Female | Caucasian | 53 | 28 | No | No | No | None | CMV+ | CVA |
| Human | Female | Caucasian | 17 | 23 | Yes | Social | Marijuana | Lexapro | CMV+ | Head Trauma |

| #1 POST THAW VIABILITY & CELL QUALITY ASSESSMENT | | | | |
|---|---|---|---|---|
| THAWING MEDIUM USED | OPTIMAL CETRIFUGE CONDITIONS | % VIABILITY (POST THAW) | VIABLE CELL YIELD PER VIAL | VIABILITY STABILITY (% VIABILTY OF SUSPENSION AFTER 2 HOURS INCUBATION) |
| CHRM | 76g X 6 minutes @ room temperature | 81% | 5.8 million | 71 |

| #2 POST THAW VIABILITY & CELL QUALITY ASSESSMENT | | | | |
|---|---|---|---|---|
| THAWING MEDIUM USED | OPTIMAL CETRIFUGE CONDITIONS | % VIABILITY (POST THAW) | VIABLE CELL YIELD PER VIAL | VIABILITY STABILITY (% VIABILTY OF SUSPENSION AFTER 2 HOURS INCUBATION) |
| WEM | 100g X 10 minutes @ room temperature | 75% | 8.3 | 61% |

| METABOLIC PROFILE (pmol/1 x $10^6$ cells/min) | | | | | |
|---|---|---|---|---|---|
| CYP 3A4 | CYP 1A2 | CYP 2C8 | CYP 2C9 | CYP 2C19 | CYP 2D6 |
| 567 | 38 | 34.4 | 83.3 | 82 | 15.6 |
| 7-Ethoxycoumarin-O-deethylase (ECOD) | | 7-Hydroxycoumarin Glucoronidation (Phase II) | | 7-Hydroxycoumarin Sulfation (Phase II) | |
| 21.4 | | 600 | | 33.2 | |

Post Thaw 10x magnification(WEM)





Post Thaw 20x magnification (WEM)



2 hours after thawing (WEM)

TEL: 866.95.CELLZ (23559)          CELLZDIRECT.COM          CellzDirect



## METABOLIC ACTIVITY

The commonly tested Phase I (P450) and Phase II (UGT, SULT) drug metabolizing enzymes were analyzed for activity in HuP50. Cells were carefully thawed in and resuspended in Dulbecco's Modified Eagles Medium DMEM (serum-free). The cell suspension was aliquoted at $0.5 \times 10^6$ cells/well into a 24-well non-coated plate containing the appropriate substrate and placed in a humidified incubator at 37°C, 95% relative humidity, 5% $CO_2$ on an orbital shaker. At the appropriate time point for each substrate, a sample was collected from each well and stored frozen at -70°C until it was processed by LC-MS/MS or HPLC analysis. Metabolite formation was measured by standard biochemical assays using GLP validated LC-MS/MS assays. At least six calibration standards and 12 quality control samples (at three different concentrations) were used to evaluate the quality of the analytical runs.

*Substrate Probes to Assess Human CYP450 Metabolic Activity.*

| ENZYME | SUBSTRATE | CONCENTRATION | INCUBATION TIME | MARKER METABOLITE |
|--------|-----------|---------------|-----------------|-------------------|
| CYP1A2 | Phenacetin | 100 µM | 15 min | Acetaminophen |
| CYP2B6 | Bupropion | 500 µM | 15 min | Hydroxybupropion |
| CYP2C8 | Paclitaxel | 20 µM | 45 min | 6α-Hydroxypaclitaxel |
| CYP2C9 | Diclofenac | 25 µM | 15 min | 4'-Hydroxydiclofenac |
| CYP2C19 | (S)-Mephenytoin | 250 µM | 30 min | 4'-Hydroxymephenytoin |
| CYP2D6 | Detromethorphan | 15 µM | 15 min | Dextrorphan |
| CYP3A4 | Testosterone | 200 µM | 15 min | 6β-Hydroxytestosterone |
| CYP3A4 | Midazolam | 10 µM | 10 min | 1-hydroxymidazolam |
| Phase I | 7-Ethoxycoumarin | 100 µM | 30 min | (ECOD) 7-Hydroxycoumarin (7-HC) |
| Phase II | 7-Hydroxycoumarin | 100 µM | 30 min | 7-Hydroxycoumarin Glucuronide (7-HCG) and 7-Hydroxycoumarin Sulfate (7-HCS) |

# E.4



APSciences Proudly Presents...

## IdMOC TECHNOLOGY



New technology for advanced research needs. The **Integrated Multiple Organ Culture plate (IdMOC)** provides a method to model in vivo multiple-organ interaction in vitro. CLICK HERE TO LEARN MORE.



ABOUT US    PRODUCTS & SERVICES    FILE LIBRARY    CONTACT

## HUMAN HEPATOCYTES

*Higher expectations = Better results.* APSciences has taken the guesswork out of the selection of high quality cryopreserved **Human Hepatocytes**. As the exclusive manufacturing partner of Invitrogen CellzDirect, our cryopreserved hepatocytes are produced under strict isolation procedures to ensure only the best cells are cryopreserved in each vial. This adherence to strict quality standards yields cells with high viability and differentiated functions for all of your research needs.

Cryopreserved Hepatocytes are available in single, pooled and plateable versions. Average yield is 5 million cells/ vial. Contact us for assistance in lot selection.*

**For all orders and inquiries, please contact** info@apsciences.com

* APSciences manufactures the 4000 lot series. We will work with you to select the best lots for your application. Ordering is processed through Invitrogen CellzDirect.

### AVAILABLE FORMATS

**Description/Quantity**

Cryopreserved Human Hepatocytes, Male/ea
Cryopreserved Human Hepatocytes, Female/ea

Cryopreserved Human Hepatocytes, 10 Donor Pool, Male/ea
Cryopreserved Human Hepatocytes, 10 Donor Pool, Female/ea

Cryopreserved Human Hepatocytes, Plateable, Male/ea
Cryopreserved Human Hepatocytes, Plateable, Female/ea

BACK TO PRODUCTS & SERVICES

Copyright © 2009 APSciences, Inc.   All Rights reserved  ·  E-Mail: info@apsciences.com

# E.5

## CellzDirect, Inc. enters into 5 year exclusive partnership with Advanced Pharmaceutical Sciences, Inc.

**Press Release, September 14, 2006**

CellzDirect Inc. (CDI), a global leader in hepatic cell products and in vitro contract services, has entered into a long-term, exclusive strategic partnership with Advanced Pharmaceutical Sciences, Inc. (APS). Under the agreement, APS will focus exclusively on producing cryopreserved human hepatocytes to supplement CellzDirect's hepatic products inventory. CellzDirect will serve as an exclusive distributor for APS's new medium for thawing cryopreserved hepatocytes (cryopreserved hepatocyte recovery medium) which, when used with the CDI/APS cryopreserved hepatocytes, yield cells with high viability and attachment efficiency.

The goal of the collaboration is to meet the growing demand for high-quality cryopreserved human hepatocytes, especially "attachable" cryopreserved human hepatocytes needed for enzyme induction, drug transporter, and in vitro hepatotoxicity screening studies in the pharmaceutical industry. The FDA recently accepted the use of attachable cryopreserved human hepatocytes for use in enzyme induction drug-drug interaction studies.

APS is headed by President and CEO Dr. Albert P. Li, a leading researcher and pioneer in hepatocyte isolation and cryopreservation.

"We are thrilled to partner with Dr. Li and his team at APS," said Scott Edelman, President and CEO of CellzDirect, Inc. "Our combined scientific expertise with hepatocytes and strong commitment to making highquality human hepatocytes more readily available promises to have a profound affect on *in vitro* research."

"We are extremely excited about our new technologies that allow us to routinely produce cryopreserved hepatocytes with the attachment efficiency, morphology, and biochemical properties of freshly isolated cells," said Dr. Li. "The quality of our new cryopreserved human hepatocyte lots is already being touted as the new standard for industry. The partnership with CellzDirect will allow us to provide these pristine cells to researchers around the world."

For more information on cryopreserved and other hepatic products, contact CellzDirect's sales team at 1-866-95-CELLZ (1-866-952-3559), or stop by the CellDirect booth at the upcoming International Society for the Study of Xenobiotics (ISSX) in Puerto Rico on October 23-26.

**About CellzDirect:** CellzDirect, Inc., is a privately held bioscience company that provides bio-pharmaceutical companies with quality cell products and contract laboratory services focused primarily on drug metabolism and toxicology. With CellzDirect's support, scientists are better able to conduct research that accelerates the discovery of safe and effective drugs.

**For further information about CellzDirect, please contact:**

Shiloh Barfield, Director of Sales and Marketing, CellzDirect, Inc.
Ph: (919) 545-9959
Email: shilohb@cellzdirect.com