E.7







**Adverse Drug Effects to avoid**

CYP3A inhibition and induction
Hepatotoxicity
Non-hepatic organ toxicity

**Critical technologies for ADE screening**

- Pre-pooled cryopreserved human hepatocytes
- Plateable cryopreserved human hepatocytes
- High throughput CYP3A4 assay

## Pre-POOLED CRYOPRESERVED HUMAN HEPATOCYTES- Comparison with Single Donor Hepatocytes

- Pooled hepatocytes allow the generation of data representing a "normalized" human population
  - Important for routine screening of ADMET drug properties

- Single donor hepatocytes provide data allowing evaluation of individual differences
  - Important for enzyme induction studies (e.g. FDA requires N=3)

## Pre-pooled cryopreserved human hepatocytes (HuP)

- Select human hepatocytes isolated and cryopreserved from 5 male and 5 female donors
- Thaw and refreeze to constitute HuP

3



## Effects of Pooling on CYP Activities

| Donor ID | CYP1A2 | CYP2C8 | CYP2C9 | CYP2C19 | CYP2D6 | CYP3A4 |
|---|---|---|---|---|---|---|
| HuP40 | 106 | 6.60 | 133.5 | 18.60 | 33.5 | 652 |
| Theoretical | 139.4 | 5.4 | 100.1 | 13.3 | 29.1 | 310.7 |

Pooling did not compromise DME activities

*calculated average of activities of the 10 lots of
hepatocytes (5 male; 5 female) used for pooling

### Plateable cryopreserved human hepatocytes

# Cryopreserved Human Hepatocytes

| Lot # | Yield (cells/vial) | Viability (trypan blue) | Plating | Confluency |
|-------|-------------------|------------------------|---------|------------|
| HU4003 | $4.5x10^6$ | 86% | YES | 100% |
| HU4001 | $6.0x10^6$ | 80% | NO | 20% |
| HU4004 | $6.0x10^6$ | 80% | NO | 30% |
| HU4000 | $7.2x10^6$ | 93% | YES | 100% |
| HU4013 | $7.3x10^6$ | 92% | YES | 75% |
| HU4016 | $6.2x10^6$ | 81% | YES | 100% |
| HU4021 | $5.4x10^6$ | 89% | YES | 70% |
| HU4022 | $5.5x10^6$ | 91% | YES | 80% |
| HU4026 | $5.85x10^6$ | 91% | NO | 10% |
| HU4027 | $5.9x10^6$ | 92% | NO | 30% |
| HU4028 | $3.2x106$ | 83% | YES | 50% |
| HU4023 | $2.1x10^6$ | 89% | NO | 20% |
| HU4029 | $6.0x106$ | 90% | YES | 80% |



Plated Cryopreserved Human Hepatocytes

Hu4000          Hu4017          Hu4069



## Why plateability is important

Plateable cryopreserved hepatocytes represent "higher quality" cells than nonplateable cells

Extension of applications:
- Hepatocyte in suspension dies quickly (T1/2 about 6 hours)
- Plated hepatocytes are viable for weeks
  - Prolonged drug metabolism studies
  - Cytotoxicity
  - Enzyme induction
  - Transporters



## High Throughput CYP3A4 Assay

Li, AP. Drug Metab Disp (in press)

## CYP3A4 assay

Traditional CYP3A4 assays:  testosterone 6-b hydroxylation; medazolam 1'- hydroxylation

The assays rely on LC/MS:  costly; low throughput

• Needed:  Highly specific plate reader assay for CYP3A4

---

## Luciferin-IPA metabolism by CYP3A4



Jim Cali, Promega Inc., Personal Communication





## HTS Human Hepatocyte CYP3A Inhibition

- 384-well plate format
- Pre-pooled cryopreserved human hepatocytes (Hup 79)
- LIPA metabolism as endpoint
- Robot-assisted addition of LIPA, test articles, human hepatocytes, and detection reagent

## Time-course of LIPA metabolism:
### Pre-pooled cryopreserved human hepatocytes



Time Course of LIPA Metabolism:
Pre-pooled Human Hepatocytes

9









## HTS CYP3A4 inhibition assay with pre-pooled human hepatocytes

- Pre-pooled human hepatocytes as a physiologically more relevant equivalent of human liver microsomes
  - Intact plasma membrane
  - Active uptake transporters
  - Uninterrupted, complete, physiological concentrations of DME and cofactors
- LIPA metabolism as a higher throughput assay for CYP3A4
  - Specificity illustrated by model P450 inhibitors

## Higher Throughput CYP3A Induction Assay





















## HTS Human Hepatocyte Cytotoxicity Assay

Plateable cryopreserved human hepatocytes

384-well plate format (collagen-coated)

- Day -1, plate 1500 - 10,000 cells per well in Hepatocyte Plating Medium
- Day 0, change medium to Hepatocyte Treatment Medium containing test articles
- Day 1, ATP content quantification with ATPLite®









## HTS Hepatocyte Cytotoxicity Assay

- Apparent delineation of hepatotoxic and less hepatotoxic drugs
- Requires minimum (<100 ug) materials
- 24-hrs from dosing to results

## Hepatocyte Cytotoxicity Assays

- Success depends on the choice of comparator
  - Best results if all compounds compared below to similar structural class, with a known positive compound for comparison





## Drug metabolism as a determinant of safety

Organ-selective toxicity
Species-selective toxicity
Individual-selective toxicity

## Cytotoxic Metabolic Pathway Identification Assay (CMPIA)

Approach similar to metabolic phenotyping: used P450 inhibitors to evaluate the role of P450 metabolism in drug toxicity

## Experimental Systems

Plateable cryopreserved human hepatocytes

Chinese hamster ovary (CHO) cells, representing a metabolically incompetent nonhepatic cell system (negative control)

- ATP or MTT as endpoints

## CMPIA: Proof of Concept

Toxicant: Aflatoxin B1

Inhibitors: 1-aminobenzotriazole (nonspecific mechanism-based P450 inhibitor)

- Concept: AFB1 requires P450 metabolism to be cytotoxic

23

## Hepatocyte Cytotoxic Metabolism Pathway Identification Assay

- Hour 0: Thaw and plate hepatocytes (collagen-coated 96-well plate; 10,000 cells/well)
- Hour 4: Change medium to treatment medium containing toxicants with or without P450 inhibitors
- Hour 16 (12-hr treatment) : Evaluation of cytotoxicity (ATP; MTT; GSH etc.)

## 1-Aminobenzotriazole (nonspecific)



- Azo dye
- Potent, nonspecific, mechanism-based inhibitor of P450
- Effective both in vitro and in vivo
- No apparent effects on Pgp

24









## CMPIA POC 1 with ABT

The nonspecific P450 inhibitor, ABT,
caused dose-dependent reversal of AFB1
cytotoxicity, therefore confirming that
metabolism is required for AFB1
hepatotoxicity

## CMPIA:  Further POC

Question:  Which P450 isoforms are
responsible for the activation of AFB1 to
cytotoxic metabolites?

Approach:  Evaluate effects of isoform-
specific inhibitors on cytotoxicity of AFB1
in human hepatocytes



# Furafylline

- 1,8-dimethyl-3-(2'-furfuryl)methylxanthine
- Long-acting replacement for theophylline in the treatment of asthma.
- A potent, highly specific, non-competitive, mechanism-based inhibitor of CYP1A2



# Sulfaphenazole

1. 4-amino-N-(2-phenylpyrazol-3-yl)benzenesulfonamide
2. Sulfonamide antimicrobial compound
3. Blocks pro-inflammatory and atherogenic effects of linoleic acid (increase in oxidative stress and activation of AP-1) mediated by CYP2C9
4. Selective inhibitor of CYP2C9



## Quinidine

1. Antimalarial: Intraerythrocytic schizonticide for Plasmodium malariae
2. Antiarrythmic (potassium channel blocker) acting on cardiac muscle and in Purkinje fibers
3. Potent, highly selective, competitive inhibitor of CYP2D6



## Diethyldithiocarbamate

1. Pesticide, fungicide and chelating agent (mercury, copper, nickel and zinc).
2. Evaluation of T-cell deficient diseases, cancer immunotherapy, treatment of acute nickel carbonyl, cadmium and thallium poisoning.
3. Latex accelerator in rubber processing and as a chemical intermediate in the production of other diethyldithiocarbamate metal salts, such as zinc selenium and tellurium salts.
4. Active metabolite of disulfiram
5. Mechanism-based inhibitor of CYP2E1









31





## Hepatotoxicity is not the only Adverse Drug Effects

Nephrotoxicity
Bone marrow toxicity
Cardiovascular toxicity
- Neurotoxicity
- Skeletal muscle toxicity

## Primary cells successfully cultured from human organs

Hepatocytes
Endothelial cells
Kidney tubule cells
- Osteoblasts/osteoclasts
- Astrocytes
- Airway epithelial cells
- Bone marrow cells/lymphocytes



Primary cultures from nonhepatic target organs retain organ-specific functions, but cannot be used universally for the evaluation of drug toxicity because of the absence of hepatic drug metabolism

## Role of Hepatic Metabolism for Toxicants of Extrahepatic Tissues

Formation of toxic metabolites that can be transported to distant target tissues

- Metabolic detoxification

34

## Lack of Multiple Organ Interactions as a Major Deficiency of In Vitro Experimental Systems

Multiple organ interactions can be key to drug toxicity
- A drug may be biotransformed by multiple organs
- A drug and its metabolites may have multiple organ effects
- Metabolites from one organ may have effects on other organ(s)

## An Ideal *In Vitro* System for Human Toxicity Evaluation

Human hepatic metabolism
Human target organs
Multiple organ interactions





























## IdMOC Evaluation of EPA ToxCast Chemicals

IdMOC: Human hepatocytes, human proximal tubule cells, human small airway epithelial cells

Over 300 chemicals evaluated at a single dose

Over 150 chemicals evaluated at multiple dose levels (0, 0.3, 0.8, 2.5, 7.4, 22.2, 66.7, 200 uM), with and without P450 inhibitor ABT (500 uM)

- Treatment duration: 48 hours
- ATP as endpoint

## Examples of Toxcast Chemical Results (EC50, uM): Highly Toxic in All Cell Types

| Chemical Name | HPT-No | HPT-Yes | RPT-No | RPT-Yes | SAE-No | SAE-Yes |
|---|---|---|---|---|---|---|
| Fentin | 0.27 | 0.27 | 0.27 | 0.27 | 0.27 | 0.27 |
| Chlorpyrifos oxon | 0.27 | 83.10 | 0.27 | 0.27 | 0.27 | 0.27 |
| Chlorothalonil | 0.29 | 0.78 | 0.27 | 0.43 | 0.43 | 0.85 |
| Niclosamide | 0.39 | 0.36 | 0.32 | 0.39 | 0.48 | 0.71 |
| Fluazinam | 2.19 | 1.44 | 1.21 | 1.44 | 2.00 | 2.18 |
| TCMTB | 3.23 | 1.98 | 3.26 | 2.42 | 5.08 | 3.88 |
| Emamectin benzoate | 4.73 | 2.50 | 4.98 | 2.45 | 2.69 | 1.72 |
| Abamectin | 4.86 | 6.04 | 5.47 | 7.52 | 4.03 | 5.64 |

Chemicals highly toxic in IdMOC are also highly toxic when administered to systemic circulation*

Fentin:  LD50 i.p. $\leq$10 mg/kg in mouse, rat, guinea pig, rabbit.

Chlorphyrifos oxon:  high active metabolite of chorphyrifos (3000x more neurotoxic)

- Chlorothalonil: LC50 i. p. 2.5 mg/kg in mouse

* Most are substantially less toxic upon oral administration, presumably due to low bioavailability

## Examples of Toxcast Chemical Results (EC50, uM):  Selectively Cytotoxic in Hepatocytes

| Chemical Name | TVCode | HPT-No | HPT-Yes | RPT-No | RPT-Yes | SAE-No | SAE-Yes |
|---|---|---|---|---|---|---|---|
| (AFB1) | AFB1 | 0.92 | 12.80 | 13.50 | 119.00 | 201.00 | 54.60 |
| Bifenazate | TV000017 | 2.52 | 42.10 | 200.00 | 200.00 | 172.00 | 201.00 |
| Fenhexamid | TV000145 | 4.49 | 4.81 | 135.00 | 90.20 | 99.70 | 95.60 |
| Pyraclostrobin | TV000055 | 7.36 | 1.40 | 201.00 | 25.50 | 201.00 | 186.00 |
| Difenzoquat metilsulfate | TV000244 | 7.88 | 7.34 | 105.00 | 74.80 | 200.00 | 200.00 |
| Pyridaben | TV000133 | 16.10 | 0.27 | 149.00 | 200.00 | 48.50 | 74.40 |
| Bisphenol A | TV000033 | 16.10 | 6.35 | 180.00 | 87.40 | 109.00 | 97.20 |

44

## Compounds selectively toxic to hepatocytes are hepatotoxic in vivo

AFB1:  human hepatotoxicant

Bifenazate:  Hepatotoxic in rats (90 day feeding study, 27.7 mg/kg/day)

Pyraclostrobin:  Increased liver/body weight ratio (no effects on lung, kidney) in mouse 3-month feeding study

## Examples of Toxcast Chemical Results (EC50, uM): Selectively Cytotoxic in Renal Proximal Tubule Cells

| Chemical Name | TVCode | HPT-No | HPT-Yes | RPT-No | RPT-Yes | SAE-No | SAE-Yes |
|---|---|---|---|---|---|---|---|
| Benomyl | TV000019 | 75.20 | 75.00 | 0.90 | 31.60 | 46.80 | 97.30 |
| Cyazofamid | TV000057 | 109.00 | 2.87 | 6.10 | 6.30 | 114.00 | 15.50 |
| Methoxychlor | TV000075 | 155.00 | 144.00 | 48.50 | 136.00 | 123.00 | 86.60 |

## Examples of Toxcast Chemical Results (EC50, uM):  Selectively Cytotoxic in Small Airway Epithelial Cells (SAEC)

| Chemical_Name | TVCode | HPT-No | HPT-Yes | RPT-No | RPT-Yes | SAE-No | SAE-Yes |
|---|---|---|---|---|---|---|---|
| Lindane | TV000010 | 146.00 | 118.00 | 201.00 | 200.00 | 1.17 | 158.00 |
| Thidiazuron | TV000120 | 47.20 | 73.30 | 136.00 | 142.00 | 1.18 | 113.00 |
| Parathion-methyl | TV000081 | 50.50 | 65.60 | 200.00 | 151.00 | 27.40 | 57.90 |
| Azoxystrobin | TV000144 | 20.40 | 16.50 | 200.00 | 201.00 | 15.30 | 17.00 |

## Examples of Toxcast Chemical Results (EC50, uM):  ABT Decreases Cytotoxicity

| Chemical_Name | TVCode | HPT-No | HPT-Yes | RPT-No | RPT-Yes | SAE-No | SAE-Yes |
|---|---|---|---|---|---|---|---|
| (AFB1) | AFB1 | 0.92 | 12.80 | 13.50 | 119.00 | 201.00 | 54.60 |
| Propargite | TV000389 | 0.99 | 12.50 | 11.20 | 10.70 | 1.20 | 1.43 |
| Bifenazate | TV000017 | 2.52 | 42.10 | 200.00 | 200.00 | 172.00 | 201.00 |
| Fluoxastrobin | TV000051 | 10.20 | 79.30 | 201.00 | 104.00 | 10.80 | 176.00 |
| Hexythiazox | TV000371 | 39.20 | 113.00 | 200.00 | 190.00 | 200.00 | 155.00 |
| Ethofumesate | TV000210 | 73.60 | 201.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| (Z,E)-Fenpyroximate | TV000142 | 89.80 | 200.00 | 201.00 | 200.00 | 83.30 | 200.00 |

## Examples of Toxcast Chemical Results (EC50, uM): ABT Increases Cytotoxicity

| Chemical_Name | TVCode | HPT-No | HPT-Yes | RPT-No | RPT-Yes | SAE-No | SAE-Yes |
|---|---|---|---|---|---|---|---|
| Cyazofamid | TV000057 | 109.00 | 2.87 | 6.10 | 6.30 | 114.00 | 15.50 |
| Fenoxycarb | TV000062 | 100.00 | 20.60 | 200.00 | 185.00 | 172.00 | 200.00 |
| Etoxazole | TV000286 | 105.00 | 33.60 | 82.70 | 134.00 | 52.20 | 94.10 |
| Disulfoton | TV000105 | 178.00 | 34.40 | 200.00 | 200.00 | 200.00 | 1.46 |
| Flufenacet | TV000146 | 140.00 | 41.00 | 200.00 | 201.00 | 186.00 | 189.00 |
| Mancozeb | TV000367 | 201.00 | 71.70 | 168.00 | 200.00 | 200.00 | 200.00 |



## IdMOC Evaluation of Anticancer Agents

47



**IdMOC Tumor-Bearing Man**

Co-culturing of Multiple Organs and Cancer for the in vitro evaluation of the comparative toxicity of an anticancer agent towards cancer and normal tissues:

*Liver:* Human hepatocytes (cryopreserved, platable)
*Lung:* Human small airway epithelial cells
*Kidney:* Human renal proximal tubule epithelial cells
*Aorta:* Human adult aorta endothelial cells
*CNS:* Astrocytes
*Tumor:* MCF7 Brest adenocarcinoma cells



## Tamoxifen

Estrogen antagonists for the treatment of estrogen-dependent breast cancer
Known estrogen receptor independent toxicity towards multiple tissues







Application of IdMOC in Discovery of Anticancer Compounds



IdMOC Drug Distribution Assay

*Rationale:*
Screen for anticancer agents which would selective target tumor cells

*Procedures:*
1. Culture the multiple cell types in IdMOC
2. Replace culture medium with Krebs Hensleit Buffer (KHB) containing drug candidates at the desirable concentrations to be evaluated
3. Incubate at 37 deg. C for 2 hours
4. Rinse IdMOC wells with ice-cold KHB
5. Add 1 N NaOH to lyse cells
6. Assay for protein and drug concentration from cell lysate









**Conclusion:**
APS 1002 is selective toxic towards tumor cells, suggesting that it may be a nontoxic anticancer agent. The results with cytotoxicity are consistent with the differential affinity of APS 1002 towards tumor cells as found with the IdMOC Drug Distribution Assay

## Summary: IdMOC

Quantitative data can be obtained on the effects of a toxicant on cells from multiple organs or multiple cell types from a single organ

Differential cytotoxicity to specific cell types can be detected

Metabolism-related toxicity can be evaluated as illustrated by results with ABT treatment

- IdMOC-tumor bearing man represent an effective experimental system to aid the identification of anticancer compounds with minimum toxicity to normal cells

## IdMOC: An Universal Tool for Drug Discovery and Development

Co-culturing of primary cells from multiple organs with a common overlying medium, thereby modeling an organism (e.g. human) with multiple organs sharing a common body fluid
- Discrete cultures allowing the evaluation of organ-specific effects
- Interconnected culture allowing multiple organ metabolism
- Can be applied towards most disciplines of drug development, including metabolism, distribution, toxicity, and efficacy
- *IdMOC as a tumor-bearing man:  an effective tool for the discovery of anticancer drugs*

## IdMOC Applications

Modeling of whole organism

Modeling of single organs

Evaluation of multiple organ metabolism

- Evaluation of drug distribution
- Evaluation of multiple organ/cell type toxicity

## ADE screening for early drug development

CYP3A4 inhibition, CYP3A4 induction, and hepatocyte cytotoxicity identified as most critical ADE
  - Higher throughput assays
- CMPIA for identification of metabolism-based cytotoxicity
- IdMOC for the evaluation of multiple organ toxicity

54



## IVAL/BRiVAL Contract Research Services

Non-GLP screening assays:  IVAL
- In vitro adverse drug effects screening for early drug development
  - Quick turn-over (1-2 weeks from chemical receipt to report)
  - Flexible

GLP In vitro ADME Studies:  BRiVAL (BRI/IVAL)
- Definitive FDA regulatory studies
  - Standardized, validated studies
  - BRI Analytical chemistry expertise
  - IVAL ADME expertise

## Contact Information

Lialbert@invitroadmet.com