# E.8





| COMPANY | PRODUCTS | SERVICES | CONTACT US |

Contact a Products Specialist

**COMPANY**
**PRODUCTS**

PRODUCT APPLICATIONS
FRESH HEPATOCYTES
CRYOPRESERVED HEPATOCYTES
SUBCELLULAR FRACTIONS
TRANSPORTER PRODUCTS
CELL CULTURE PRODUCTS
TECHNICAL SUPPORT

**SERVICES**

## Product Applications

CellzDirect's experienced technical support and scientific teams would be happy to discuss all of the applications for which our products may be used.  Below is a quick reference guide that might help to determine the most appropriate product for your application.  We would be happy to help match your specific need to a product type or product lot that we have available.

### Drug Metabolism Product Applications

| Application | Microsomes | S9 Fractions | Fresh Hepatocytes | Cryopreserved Hepatocytes |
|---|---|---|---|---|
| Inhibition | ✓ | | ✓ | ✓ |
| Reaction Phenotyping | ✓ | | | |
| Metabolic Stability | ✓ | | ✓ | ✓ |
| Intrinsic Clearance | ✓ | | | |
| Metabolic Profiling /Met ID | ✓ | ✓ | ✓ | ✓ |
| Induction | | | ✓ | ✓ |

### Transporter Product Applications

| Application | Transporter Membranes | Transporter Vesicles | Fresh Hepatocytes | Cryopreserved Hepatocytes |
|---|---|---|---|---|
| Inhibition | ✓ | ✓ | ✓ | ✓ |
| Substrate Potential | ✓ | ✓ | ✓ | ✓ |
| Efflux | ✓ | ✓ | | |
| Uptake | | | ✓ | ✓ |
| Induction | | | ✓ | ✓ |

## Product Background

The primary goal of pharmaceutical companies is to discover and develop safe and effective drugs. The drug discovery process is costly and time-consuming, making drug discovery and development a financially risky business.  It has been estimated that it requires hundreds of millions of dollars and at least 10 years for a single new chemical entity (NCE) to reach the marketplace as a new drug.  In order for a NCE to make it to market as a safe and effective drug, it must pass through a series of hurdles. The first hurdle to overcome is passing from drug discovery to the preclinical phase.  The preclinical phase evaluates initial parameters such as: drug metabolism, pharmacokinetics, and toxicity in animals. After successfully passing through the preclinical stage the NCE is then submitted

RapidAlert  »

as an investigational new drug (IND) application to the Food and Drug Administration (FDA). If approved, then the IND may enter the full development process: Phase I (safety and tolerability in healthy volunteers); Phase II (efficacy in a small number of patients); and Phase III (efficacy in a large population of patients). If the drug passes all three clinical (human) phases, it is submitted to the FDA as a new drug application (NDA). Upon FDA approval, the drug then enters the market place. It is also worth noting that approximately 1 in 4 marketed drugs generate sufficient revenue to recover the costs associated with its discovery and development.

A significant factor that increases costs in the drug development process is the high failure rates of NCEs resulting in many false starts or unnecessary development costs. It has been estimated that 1 in 5000 compounds make it from drug discovery to the preclinical stage. In addition, only 1 in 25 compounds that make it from the preclinical stage to the IND stage will make it to market as a new drug.

The ever-increasing number of NCEs synthesized by pharmaceutical companies has prompted the development of research methods for rapid screening. Present research efforts are directed at developing a series of in vitro assays that could serve as reliable indicators to minimize the attrition rates of new chemical entities. By utilizing in vitro models, pharmaceutical companies are now focused on reducing these preclinical and clinical failure rates by attempting to accurately evaluate efficacy and safety much earlier in the drug discovery process. Ideal in vitro models to predict drug metabolism are derived from human liver tissues such as intact liver cells (hepatocytes) and subcellular fractions of the hepatic smooth endoplasmic reticulum (microsomes).

Microsomes and hepatocytes are effective in vitro models that are used as biological tools for obtaining information about the metabolism of NCEs as they move through the drug development process. The majority of drug metabolism occurs in the liver by cytochrome P450 enzymes (CYP). These enzymes are primarily located in subcellular organelles (the smooth endoplasmic reticulum). Presently, five major CYPs have been identified to be involved in the vast majority of all marketed drugs: CYP1A2, CYP2C9, CYP2C19, CYP2D6, and CYP3A4. Significant factors in eliminating NCEs as potential drugs are CYP dependent drug-drug interactions and rapid CYP dependent metabolism of a drug (metabolic stability). CYP-related drug-drug interactions occur either when one drug inhibits or increases the metabolism of another co-administered drug. For example, the FDA recall of the first non-sedating antihistamine (Seldane) was based on it's potential to reach lethal blood levels when co-administered with an antibiotic such as erythromycin (1997). In this case, both drugs are primarily metabolized by CYP3A4, and subsequently when co-administered, their elimination phases are hindered. The clinical result was an increase in the blood levels of Seldane to toxic levels resulting in lethal arrythmias. Microsomes and hepatocytes are effective in vitro models that can be used to predict drug-drug interactions as well as metabolic stability. Pharmaceutical companies routinely use microsomes and hepatocytes in the drug discovery process in attempts to reduce the attrition rates of NCEs and the sky rocketing costs of the drug development process.

Prior to the availability of human tissues for medical research, scientists had to rely on data obtained from animals and animal tissues. Unfortunately, animal studies do not adequately predict what will happen in humans because of the basic physiological differences between each species. With the advent of obtaining consent of human tissues to be used in medical research, scientists can better predict how a new drug will fare in humans. It cannot be overstated that the availability of human tissue is crucial to developing more safe and effective drugs.

CellzDirect provides fresh human hepatocytes on a frequent basis as suspensions and in multi-well plates. For notification of fresh hepatocyte availability, please register for our RapidAlert service. Cryopreserved human suspensions are also available from a wide range of donors. Fresh animal hepatocytes are provided on a scheduled monthly basis as suspensions or in multi-well plates. All species and strains of animal toxicology models are available as cryopreserved suspensions. Custom isolations are provided upon request. Human and animal subcellular fractions, including liver microsomes, S9, and cytosol, are also available. CellzDirect also offers a comprehensive selection of ATP-binding cassette (ABC) transporters, through our partnership with GenoMembrane.

Our experienced scientific staff conducts ongoing research with hepatocyte culture systems to remove technological barriers to in vitro testing, improve cell quality and extend their utility. With CellzDirect's support and cell products, scientists are better able to conduct research that accelerates the discovery of safe and effective drugs.

 

COMPANY    PRODUCTS    SERVICES    CONTACT US    ☎ 1.866.952.3559

© Copyright CellzDirect. All rights reserved.

# E.9



Institute for Scientific Exchange, Inc. Presents:

# DDI-2009

12th International Conference on Drug-Drug Interactions:
Critical Review Updates; Enzyme Inhibition and Induction; Transporters and DDI Biologics

# May 25-27, 2009

Red Lion Hotel on Fifth
Seattle, WA, USA

Pre-conference Workshop: Current Practice:  Enzyme Induction and Uptake Transporter Assays
May 25, 2009; Red Lion Hotel

REGISTRATION DISCOUNT UNTIL MAY 1, 2009

**ISE, Inc.**
8775 Centre Park Drive, # 713
Columbia, MD 21045



*DDI-2009 MEDIA PARTNER*

*Featuring Experts from the Following Institutions:  Absorption Systems; Amgen Inc.; APSciences, Inc./IVAL/BRIVAL; Cyprotex; Genentech, Inc.; Hackensack University Medical Center; Invitrogen; Millennium Pharmaceuticals, Inc.; Pfizer; Qualyst; Sequoia Pharmaceuticals; Universiteit Leuven; University of Washington; XenoTech LLC;*

PARTICIPATING EXHIBITORS:

    



   

## REGISTER NOW

Organizing Chairs:
Albert P. Li, APSciences/In Vitro ADMET Laboratories, LLC
Rene H. Levy, University of Washington

### Pre-conference Workshop-2009

Monday, May 25, 2009

### Current Practice:  Enzyme Induction and Uptake Transporter Assays
### Chair: Albert P. Li

8:00 AM – 9:00 AM – REGISTRATION

8:50 AM – 9:00 AM - EXHIBITOR PRESENTATION



### Pre-Conference Session I:  Enzyme Induction Assays

**9:00 AM – 9:40 AM**
**Key Parameters for the Design of Enzyme Induction Studies** *(Steve Ferguson, Invitrogen; Durham, NC)*
Cultures of primary human hepatocytes are recognized as the "gold standard" for assessing induction potential *in vitro*. In this presentation we will outline important considerations in the design of in vitro induction studies using primary hepatocytes and review example data demonstrating the importance of healthy hepatocyte monolayers and need for sufficient endpoints (e.g. cell health, mRNA, protein) to effectively interpret and translate *in vitro* data to *in vivo* relevance. In addition, related endpoints (e.g. cytotoxicity, metabolism, transport etc…) will be discussed.

**9:40 AM – 10:20 AM**
**Nuclear Receptors and Drug-Drug Interaction** *(Jerome M. Lasker, Hackensack University Medical Center; Hackensack, NJ)* Over the past decade, orphan nuclear receptors (PXR, CAR and PPAR□) have been shown to play an integral role in the induction of liver and extrahepatic P450 enzymes by therapeutic agents. Drugs act as ligands for these receptors, which then translocate as a complex into the nucleus, and activate transcription of specific P450 genes. We will discuss here how such receptor-mediated P450 enzyme induction can lead to marked interactions between drugs administered concurrently.

10:20 AM – 10:50 AM – BREAK

10:50 AM – 11:00 AM - EXHIBITOR PRESENTATION

11:00 AM – 11:40 AM

**Evaluation of P450 Induction Using Hepatic Cell Lines** *(Odette Fahmi, Pfizer; Groton, CT)* In recent years, various *in vitro* assays have been developed and used routinely to assess the potential for drug-drug interactions due to CYP induction. The experimental conditions, advantages and disadvantages of these systems will be reviewed.

**11:40 AM – 12:20 PM**
**Higher Throughput Assay for P450 Induction** *(Albert P. Li, APSciences/IVAL; Columbia, MD)* A higher throughput assay for P450 induction for CYP1A2 and CYP3A4 will be discussed. Plateable cryopreserved human hepatocytes cultured on 96- and 384-well plates are used for the assay. The P450 assays are ethoxyresorufin-O-deethylation and IPA-luciferin dealkylation, with activities quantified based on fluorescence and luminescence, respectively, using a multi-channel plate reader. Results with known inducers are shown.

**12:20 PM – 2:00 PM – LUNCH BREAK**

## Pre-conference Session II:  Uptake Transporter Assays

**2:00 PM – 2:10 AM - EXHIBITOR PRESENTATION**

 

**2:10 PM – 2:50 PM**
**Inhibition of Bile Acid transport and Determination of the Cholestatic Potential of Drug Candidates** *(Kenneth R. Brouwer; Smith, William R.; Clark, Jennifer C.; St. Claire, Robert L.; Perry, Cassie H.; Ansede, John; Qualyst; Durham, NC)* Drug-induced cholestasis may result from the inhibition of biliary efflux of bile acids in the liver. Increased serum concentrations of bile acids can result from inhibition of uptake or efflux transporters, and may not be reflective of the intracellular concentration of bile acids which are responsible for hepatotoxicity. Sandwich-cultured hepatocytes (BCLEAR®) that maintain the expression, localization, and function of hepatic uptake and efflux transporters were used to evaluate and predict the potential of a compound to cause transporter based cholestatic hepatotoxicity. $D_8$-taurocholate was used as a probe in 24-well rat and human sandwich-cultured hepatocytes.

**2:50 PM – 3:20 PM**
**Current Practice: Evaluation of Uptake Transporter Activities in Human Hepatocytes** *(MingXiang Liao, Millennium Pharmaceutical, Inc.; Cambridge, MA)* Organic anion transporting polypeptides (OATPs), members of solute carrier class (SLC) superfamilies, are important uptake transporters involving in the absorption and elimination of a large variety of endogenous and exogenous substrates. Hepatic OATPs are widely recognized to play important roles in drug disposition and hepatotoxicity in liver. Primary hepatocytes are now recognized as one of the most relevant and practical models with which the study of drug metabolism and transporter interactions is best performed. In this presentation, the evaluation of the uptake transporter activities in hepatocytes will be reviewed along with the progress in the utilization of human hepatocytes in OATP-mediated transport studies in our group.

**3:20 PM – 3:50 PM – BREAK**

**3:50 PM – 4:30 PM**
**Evaluation of Uptake Transporter Activities in Cultured Human Hepatocytes** *(Pieter Annaert, Katholieke Universiteit Leuven; Leuven, Belgium)* Data will be presented to demonstrate the utility of sandwich-cultured hepatocytes as a unique in vitro tool for evaluating hepatobiliary drug disposition. In addition, the model allows in vitro assessment of possible drug-interactions mediated by hepatic uptake transporters. In this study, eight marketed HIV protease inhibitors are used as model interacting drugs.

**4:30 PM - 5:00 PM – PANEL DISCUSSION**

**END OF DAY**

**END OF PRE-CONFERENCE**

## Main Conference
## DDI-2009
## 12th International Conference on Drug-Drug Interactions
Tuesday, May 26, 2009

| Session I:  General Overview of DDI Status<br>Chair: René Levy |
| --- |

8:00 AM – 9:00 AM – REGISTRATION

8:50 AM – 9:00 AM - EXHIBITOR PRESENTATION



9:00 AM – 9:15 AM
**OPENING REMARKS: Overview:  Science of DDI – Where are We Today?** *(René Levy, University of Washington, Seattle, WA)*

9:15 AM – 9:55 AM
**NMEs Approved in 2008-9** *(Carol Collins, University of Washington, Seattle, WA)* This presentation will discuss information found in posted NDA reviews for drugs approved in 2008. Emphasis will be placed on FDA comments extracted from the NDAs that address issues not covered in the draft guidance, Drug Interaction Studies-Study Design, Data Analysis, and Implications for Dosing and Labeling.
(http://www.fda.gov/cder/guidance/6695dft.pdf).

9:55 AM – 10:35 AM
**Critical Review of the Literature 2008-2009** *(Houda Hachad, University of Washington and Isabelle Ragueneau-Majlessi, University of Washington; Seattle, WA)* This presentation will provide an update on the literature on drug interactions in 2008-2009. This large body of articles will be classified according to the following categories: metabolism *versus* transport-based interactions; new substrates, inhibitors and inducers; most represented therapeutic classes and disease entities; largest AUC effects; advances in methodology; noteworthy case reports; challenging and unexplained drug interactions.

10:35 AM – 11:05 AM – BREAK

11:05 AM – 11:15 AM – EXHIBITOR PRESENTATION



11:15 AM – 11:45 AM - PANEL DISCUSSION

11:45 AM – 1:30 PM – LUNCH

1:30 PM – 1:40 PM – EXHIBITOR PRESENTATION



## Session II:  Enzyme Induction and Inhibition
### Chair: Odette Fahmi

### A.  Enzyme Induction

1:40 PM – 2:15 PM
**Overview: Present Status of Enzyme Induction Assays and FDA Requirements** *(Jasminder Sahi, Invitrogen Corp. ; Durham ; NC)* The induction of drug clearance pathways, including phase I/II enzymes and transporters, can have important clinical consequences. During the past several years, significant advances have been made in our knowledge of the mechanisms that regulate the expression of genes that determine drug clearance.  In vitro human-relevant model systems have been increasingly used to evaluate enzyme induction during preclinical drug development. In this presentation, our current understanding of the mechanisms of enzyme induction and the in vitro methods for assessing the induction potential of new drugs will be discussed in light of the current FDA recommendations.

2:15 PM – 2:50 PM
**Prediction of *In Vivo* Enzyme Induction Data Based on *In Vitro* Data** *(Odette Fahmi, Pfizer; Groton, CT)* A major focus of the pharmaceutical industry is directed toward the ability to predict drug-drug interactions such that a high degree of confidence is reached and the potential for over or under prediction is reduced. Recently, numerous methods of predicting CYP3A4 drug-drug interactions have utilized variety
of mathematical models. Comparison of the various approaches used for induction data correlations will be reviewed.

**2:50 PM – 3:25 PM**
**Evaluation of P450 Induction Potential of Mechanism-based Inhibitors – Can We Predict the Outcome?**
*(Elena Afonina, Sequoia Pharmaceuticals, Inc.; Gaithersburg, MD)* The induction of Cytochrome P450 enzymes (CYP) by xenobiotics can lead to drug-drug interaction and toxicity. CYP induction can occur at both transcriptional and post-transcriptional level. There are several methods to investigate the induction potential of pharmaceutical experimental compounds. Most commonly and widely used assays are PXR based gene reporter assay and CYP activity measurements both allowing high throughput. The assessment of mRNA and protein levels in primary human hepatocytes are considered "gold standard" but are more laborious and time consuming. In our selection process of Pharmacokinetic Enhancers (PKE) that are specific CYP inhibitors, the induction was tested in various assays including PXR gene reporter assay, CYP mRNA and protein measurements. The magnitude and kinetics of induction and effect of mechanism-based CYP inhibitors on different levels of CYP regulation will be discussed.

**3:25 PM – 3:55 PM – BREAK**

**3:55 PM – 4:05 PM – EXHIBITOR PRESENTATION**



**4:05 PM – 4:40 PM**
**Evaluation of P450 Induction Using Reporter Cell Lines** *(Jerome M. Lasker, Hackensack University Medical Center; Hackensack, NJ)* The enhanced expression of P450 enzymes is often a consequence of exposure to drugs and/or xenobiotics. Such enhanced expression usually stems from the binding of drug ligands to orphan nuclear receptors such as PXR and PPARa, with these ligand-receptor complexes activating transcription of distinct P450 genes. We will address the progress made in using reporter cell lines that stably express nuclear receptors to evaluate a given drug candidate's potential to induce P450 enzymes.

## B. Enzyme Inhibition

**4:40 PM – 5:15 PM**
**Use of Pre-pooled Cryopreserved Human Hepatocytes for P450 Inhibition Study** *(Albert P. Li, APSciences/IVAL/BRiVAL; Columbia, MD)* In general, liver microsomes prepared from livers of multiple donors are used for the evaluation of enzyme inhibition. Intact human hepatocytes, however, may provide information that is more physiologically relevant than liver microsomes due to the presence of Intact Cell Properties such as intact plasma membranes and uninterrupted, complete, drug metabolizing enzymes and cofactors. To prepare the pre-pooled human hepatocytes, cryopreserved hepatocytes from individual donors are thawed, pooled, and re-cryopreserved. We have developed an optimized procedure for the thawing and re-cryopreservation with no apparent loss of drug metabolizing enzyme activities in the pooled cells after the second thawing. Cryopreserved human hepatocytes pre-pooled from multiple donors can be used for the study as an intact cell equivalent of liver microsomes, providing data representing a "normalized" human population.

**5:15 PM – 5:50 PM**
**The Concept of Pharmacokinetic Enhancement: Benefits of Cytochrome Inhibition** *(Sergei Gulnik, Sequoia Pharmaceuticals, Inc.; Gaithersburg, MD)* The oxidation of HIV protease inhibitors (HIV PIs) by cytochrome P450 (CYP) significantly decreases their bioavalability and dictates frequent dosing regimens. To circumvent these problems potent CYP inhibitor, RTV, is commonly used at low doses in today's clinical practice as pharmacokinetic booster of HIV PIs. The strategy of PK boosting with RTV is currently being tested in the development of other antiviral therapies, such as CCR5 receptor antagonists, integrase inhibitors, and HCV protease inhibitors. The inherent activity of RTV against HIV PR may become a significant limitation since administration of sub-therapeutic doses of RTV can lead to the emergence of HIV mutants that are cross-resistant to multiple HIV PIs. The discovery and properties of potent CYP inhibitor with no antiretroviral activity will be presented.

**5:50 PM – 6:25 PM**
**Identification of Reactive Metabolites in Early Drug Discovery** *(Phil Butler, Cyprotex Discovery Ltd; Cheshire, United Kingdom)* Reactive metabolites are thought to cause toxicity by covalent modification of cellular macromolecules. Mechanism-based inhibition (MBI) of cytochrome P450, a result of an irreversible interaction between a reactive metabolite and the active site of the enzyme can result in DDI, a major impediment to drug development, and even withdrawal of a drug from the market. Early identification of reactive metabolites in the drug discovery process provides increased flexibility to remove potential liability. Reactive metabolites are most commonly electrophiles that react with nucleophiles such as glutathione (GSH). Traditional reactive metabolite screens focus on simple methods of trapping reactive metabolites with GSH. However, issues relating to sensitivity and selectivity of these methods are common. The current presentation examines the range of experimental strategies available to flag potential reactive metabolite formation and the difficulty in interpreting such data.

**6:25 PM – 6:45 PM– PANEL DISCUSSION**

**END OF DAY 1**

WELCOME RECEPTION SPONSORED BY



## DDI-2009 – DAY 2

Wednesday, May 27, 2009

### Session III:  Transporters
### Chair: Jash Unadkat

8:00 AM – 9:00 AM – REGISTRATION

8:50 AM – 9:00 AM - EXHIBITOR PRESENTATION



**9:00 AM – 9:35 AM**
**Overview:  Transporter Drug Interactions:  Clinical Relevance** *(Jashvant (Jash) D. Unadkat, University of Washington, Seattle, WA)* There is increasing evidence of the involvement of transporters in clinically significant drug-drug interactions.  Such interactions can occur at multiple sites including in organs important in drug absorption (e.g. intestine), elimination (e.g. liver and kidneys) and distribution (e.g. brain).  To illustrate such interactions, I will focus my presentation on clinically relevant drug interactions at these sites, involving P-glycoprotein, OATPs, and other transporters.  IVIVC of these interactions will also be addressed.  Supported by NIH MH63641, GM032165, U10HD047892, P50HD044404, and RR00166

**9:35 AM – 10:10 AM**
**Present Status of Transporter Assays in Drug Development** *(Jasminder Sahi, CellzDirect/Invitrogen Corp.; Durham, NC)* Membrane transporters contribute to the uptake, secretion and reabsorption of endogenous compounds, xenobiotics and metabolites and are implicated in drug-drug interactions and toxicities. Characterizing transporter mediated interactions of drug candidates helps in more rational design of chemotypes with minimal drug interactions and ideal pharmacokinetic characteristics. This talk will discuss the current status of in vitro xenobiotic transporter assays used to evaluate the renal and hepatic disposition of new chemical entities during drug discovery and development.

**10:10 AM – 10:40 AM – BREAK**

**10:40 AM – 10:50 AM – EXHIBITOR PRESENTATION**

 

**10:50 AM – 11:25 AM**
**Evaluation of Renal Transporter Mediated Drug-Drug Interaction in Drug Development** *(Bo Feng, Pfizer, Inc.; Groton, CT )* Renal uptake transporters located on the basolateral membranes of proximal tubule cells have been shown to play a central role in the renal secretion of a wide range of xenobiotics. Consequently, renal transporter-mediated drug-drug interactions (DDIs) have garnered growing attention in drug discovery and development. Case studies of renal DDI will be discussed in the presentation. Utilizing rat models and in vitro transporter assays, these studies investigated the mechanism responsible for the DDI observed in clinic. As transporter mediated DDI is still an emerging area, these studies have revealed that the in vitro transporter assays are able to help understand the clinical observations, and potentially predict transporter-mediated DDI in clinic.

**11:25 AM – 12:00 PM**
**Transporter-drug Metabolizing Enzymes Cross-talk** *(Chris Endres, Amgen Inc.; Seattle, WA)* There is increasing evidence of interplay between drug transporters and drug metabolizing enzymes on pharmacokinetics. For example, the presence and modulation of drug transporter activity can change the extent of drug metabolism and elimination. Likewise, the modulation of drug metabolizing enzyme activity can change the rate or extent of drug transporter dependent processes such as oral absorption, tissue distribution and biliary or renal elimination.  This talk will explore the basis of this interplay and provide a mechanistic model to explain and predict these interactions.

**12:00 PM – 2:00 PM – LUNCH**

2:00 PM – 2:10 PM – EXHIBITOR PRESENTATION



**2:10 PM – 2:35 PM**
***In Vitro* Test Systems That Address the FDA's Interest in Drug Efflux Assessment** *(Chris Bode, Absorption Systems, Exton, PA)* The US FDA now expects to see *in vitro* data on drug-transporter interactions, from studies carried out in the bidirectional monolayer transport assay format (September 2006 draft guidance on drug interaction studies) because this approach allows a more direct evaluation of transporter-mediated drug transport than other existing model systems. However, all currently available cell lines that are suitable for the specified assay format are, in some sense, non-definitive, as are most currently available pharmacologic probe substrates and inhibitors. Thus, there is an unmet need for more definitive biological test systems for transporter interactions. This presentation will outline the development, characterization and application of CellPort Technologies™, a suite of proprietary human cell lines in which the expression of individual efflux transporters has been targeted, resulting in stable knockdown of one transporter at a time.

2:35 PM - 3:00 PM – PANEL DISCUSSION

## Session IV:  DDI of Biologics
### Chair: Sandhya Girish

**3:00 PM – 3:35 PM**
**PK-based Drug-drug Interactions of Protein Therapeutics: An Industry Perspective** *(Frank-Peter Theil, Genentech, Inc.; South San Francisco, CA)* Only few pharmacokinetic-based drug interactions with limited therapeutic relevance have been experienced so far by combining protein therapeutics with other protein and small molecule drugs (SMD). The question remains whether the limited prevalence of those interactions is due to the fact that PK based drug-drug interactions have been underexplored or whether the risk of getting relevant DDIs is lower compared to SMD drug-drug interactions. To answer this question, further clinical investigations as well as mechanistic assessments to understand the potential for DDI of protein therapeutics might be needed. The objectives of this talk will focus on the current mechanistic knowledge of DDIs with protein therapeutics from an industry perspective.

**3:35 PM – 4:10 PM**
**Inhibition of CYP enzymes by Oligonucleotides: Unexpectedly Potent Inhibition of CYP1A2 and CYP2C8** *(David Buckley, XenoTech LLC; Lenexa, KS)* We tested several oligonucleotides as inhibitors of CYP enzymes in human liver microsomes (HLM).  Unexpectedly, all of the oligonucleotides tested were surprisingly potent inhibitors of CYP1A2 and/or CYP2C8 with $IC_{50}$ values in the low micromolar range.  This presentation will: (1) describe the basic observation of CYP inhibition by oligonucleotides, (2) describe mechanistic follow-up studies including studies of CYP inhibition in human hepatocytes and (3) discuss the possibility that oligonucleotide drugs may have the ability to cause clinically significant inhibition of certain CYP enzymes.

4:10 PM – 4:40 PM – BREAK

4:40 PM – 4:50 AM – EXHIBITOR PRESENTATION



*Science advancing health*
**4:50 PM – 5:25 PM**
**Cytokine Regulation of Cytochromes P450: Consequences for Development and Use of Biologics** *(Edward T. Morgan, Emory University; Atlanta, GA)* Inflammation associated with infectious or non-infectious diseases is associated with down-regulation of the expression of cytochrome P450 and other drug metabolizing enzymes. Many of these effects are attributed to proinflammatory cytokines and interferons.  This presentation will discuss the cytokines that are involved in P450 regulation in vitro and in vivo, and the issues surrounding the prediction of effects of cytokines and cytokine antagonists on human drug metabolism.

**5:25 PM – 6:00 PM**
**An Overview of Drug-Drug Interaction Potential for Therapeutic Monoclonal Antibodies - A Risk Based Approach** *(Sandhya Girish, Genentech, Inc.; South San Francisco, CA)* Therapeutic proteins such as monoclonal antibodies (mAs) are combined with small molecules and/or with other therapeutic proteins. Based on our current knowledge of drug-drug interactions (DDIs) with mAbs and small molecules only modest impact has been demonstrated with respect to pharmacokinetic (PK) DDI. However, there is a need to also address pharmacodynamic (PD) DDI potential. The objectives of this talk will be two-fold: 1) To review the current state of knowledge on the potential for DDI with mAbs and present a few case studies of PK and PD DDI and 2) To provide a risk based approach to assessing potential for DDI for such combinations.

6:00 PM
PANEL DISCUSSION AND CLOSING REMARKS
END OF CONFERENCE

### About the Institute for Scientific Exchange

The mission of The Institute for Scientific Exchange, Inc. is to *advance science via communication* – (i. e. symposia, training courses, publications). The events held by the Institute are highly selective, timely, and of the highest professional caliber. One major goal of the Institute, as exemplified by this symposium, is to foster communication among industrial, regulatory, and academic practitioners. Please visit our web site at www.isciencex.com.

## PARTICIPATING EXHIBITORS:

    

 

   


Science advancing health

POSTER PRESENTATIONS:

Poster Presentations are always encouraged. Please submit your poster abstract for approval by the organizing board by May 15th. Poster size should be no larger than 3 feet high by 7 feet long. Abstracts of posters will be included in the participant binder and in the ISE website. There is no formal poster presentation scheduled. All posters will remain displayed throughout the conference. Please be prepared to display your poster during registration on Sunday, May 24th or before the first session begins on Monday, May 25th . Poster presenters will have ample time for discussion during breaks and the Panel discussions. Submit posters abstracts for approval to Nola Mahaney, VP, Operations; ISE, Inc.; 8775 Centre Park Drive, #713, MD 21045 or fax at (410) 869-9560 or email file attachment to nola@isciencex.com. Approved poster presenters are responsible for completing a conference attendance registration form and payment of fee (visit www.isciencex.com/register.htm) and for the shipping of the poster itself. Please contact Nola Mahaney for any questions or concerns. Please refer to "Travel Information" for hotel address and shipping information.

> 1415 Fifth Avenue
> Seattle, WA 98101
> Tel: 206-971-8000
> Fax: 206-971-8101



RED LION
HOTELS

# *REGISTER NOW*

**General Information:** Conveniently located in downtown Seattle, The Red Lion Hotel on Fifth Avenue offers an upscale, boutique hotel experience, personal, award-winning service, first-class meeting space, and - perhaps most importantly - breathtaking views of the Cascade Mountains, Elliott Bay, the Puget Sound and the Emerald City itself. Whether you're planning a family trip, coming to town on business, or just looking to take a little time off from the hustle and bustle of your daily life, we guarantee you'll find The Red Lion Hotel on Fifth Avenue to be an excellent choice of accommodations. http://redlion.rdln.com/HotelLocator/HotelOverview.aspx?metaID=32

**Payment**
Payment may be made by check or credit card. Checks should be made in US $, payable to Institute for Scientific Exchange, Inc. Mail to: ISE, Inc., 8775 Center Park Drive; #713, Columbia, MD 21045, USA

**Cancellation Policy**
All cancellations are subjected to a $250.00 cancellation fee. Longer than 30 days, 100% refund (less cancellation fee). Less than 30 days, no refund but registration may be transferred to another person. All refund requests must be in writing. All refunds will be issued after the meeting has occurred. No refunds requests will be accepted after April 25, 2009. Please submit cancellation and refund requests including transferring of registration to: Fax: 410-869-9560; E-mail: nola@isciencex.com; Cancel Deadline: April 25, 2009

*Registration Form* *AVAILABLE ONLINE AT WWW.ISCIENCEX.COM* Email to nola@isciencex.com with remittance to: **ISE, Inc. 8775 Centre Park Drive; #713, Columbia, MD 21045, USA; FAX No: (410) 869-9560.** Payment may be made by check in US$, payable to **Institute for Scientific Exchange, Inc.** or by credit card.

**Academic/Government participants will receive a 50% discount.**

Contact Nola Mahaney for Exhibitor or Sponsorship Opportunities at nola@isciencex.com, or phone (410) 869-9166); or visit www.isciencex.com/exhibitors.htm .

# *REGISTER NOW*

| Event(s) | Until May 1st | After May 1st |
|---|---|---|
| Pre-Conference | $500.00 | $600.00 |
| DDI-2009-Main Conference | $1,250.00 | $1,550.00 |
| Combined | $1,600.00 | $1,800.00 |
| Exhibitor | $2,000.00 | $2,500.00 |

# E.10

...... Inventory Data Sheet

# Cryopreserved Human Hepatocytes

Stocks of cryopreserved human hepatocytes for suspension use - metabolism applications.

To select your lot, email us at hepaticproducts@invitrogen.com or call one of the numbers below.

The last twelve columns fall under **Metabolic Activity (pmol/1 x $10^6$ cells/min)**. CYP3A1 = CYP3A¹, CYP3A2 = CYP3A².

| Age | Race | Sex | Catalog number | Lot no. | Cells per vial (millions) | Average viability % | Thawing medium | ECOD | 7-HCG | 7-HCS | CYP1A2 | CYP2B6 | CYP2C9 | CYP2C19 | CYP2D6 | CYP2E1 | CYP3A1 | CYP3A2 | FMO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | C | F | HMCS2S | Hu0526 | 4-8 | 76% | WEM | 25.5 | 396 | 26.0 | 39.3 | NA | 137 | 18.2 | 15.5 | NA | 356 | NA | NA |
| 88 | C | M | HMCS1S | Hu0536 | 4-8 | 78% | DMEM | 41.9 | 927 | 69.0 | 202 | 38.4 | 171 | 70.1 | 50.7 | NA | 1,217 | NA | 872 |
| 62 | C | M | HMCS1S | Hu0549 | 4-8 | 78% | WEM | 30.0 | 580 | 35.0 | 901 | 110 | 228 | 24.9 | 48.5 | 176 | 746 | 121 | 411 |
| 71 | C | F | HMCS2S | Hu0617 | 4-8 | 85% | WEM | 12.0 | 1,319 | 65.0 | 210 | 53.0 | 257 | 31.3 | 78.4 | 53.4 | 1,139 | 234 | NA |
| 75 | C | F | HMCS2S | Hu0619 | 4-8 | 88% | DMEM | 27.6 | 1,188 | 76.0 | 107 | 59.0 | 71.8 | 43.5 | 8.40 | NA | 739 | NA | 452 |
| 36 | C | F | HMCS2S | Hu0624 | 4-8 | 76% | WEM | 37.0 | 1,005 | 78.6 | 116 | 18.2 | 117 | 26.0 | 12.3 | 45.2 | 1,096 | 219 | NA |
| 79 | ME | F | HMCS2S | Hu0749 | 4-8 | 82% | WEM | 26.3 | 652 | 54.4 | 206 | NA | 138 | 29.4 | 575 | NA | 666 | NA | NA |
| 48 | AA | M | HMCS1S | Hu0756 | 4-8 | 76% | WEM | 33.0 | 498 | 35.2 | 124 | NA | 202 | 34.7 | 42.0 | NA | 891 | NA | NA |
| 49 | C | M | HMCS2L | Hu0783 | 9-12 | 79% | WEM | 23.0 | 470 | 25.5 | 116 | NA | 193 | 10.1 | 22.8 | NA | 325 | 144 | 457 |
| 66 | C | F | HMCS1S | Hu0817 | 9-12 | 76% | WEM | 31.1 | 396 | 35.9 | 88.6 | 75.6 | 197 | 17.4 | 45.8 | 107 | 562 | NA | NA |
| 29 | C | M | HMCS2L | Hu0823 | 9-12 | 80% | WEM | 20.8 | 678 | 56.4 | 139 | NA | 60.4 | 18.4 | 20.9 | NA | 839 | NA | 343 |
| 83 | C | M | HMCS1L | Hu0834 | 9-12 | 81% | WEM | 16.3 | 728 | 96.2 | 80.1 | 39.3 | 109 | 14.4 | 8.78 | NA | 396 | 78.5 | NA |
| 38 | C | F | HMCS1S | Hu0847 | 4-8 | 85% | WEM | 18.5 | 504 | 38.7 | 29.3 | 4.60 | 67.5 | 55.5 | 3.79 | NA | 408 | 50.7 | NA |
| 57 | C | M | HMCS2L | Hu0924 | 9-12 | 77% | WEM | 47.9 | 507 | 11.5 | 60.7 | 9.82 | 172 | 1.25 | 26.4 | NA | 621 | 83.1 | 573 |
| 47 | C | F | HMCS2S | Hu0951 | 4-8 | 77% | WEM | 18.5 | 949 | 75.5 | 37.3 | 36.1 | 810 | 33.5 | 22.4 | NA | 555 | 81.2 | 278 |
| 68 | C | M | HMCS1S | Hu0957 | 4-8 | 72% | WEM | 32.6 | 370 | 50.2 | 168 | 78.9 | 212 | 63.7 | 56.5 | NA | 663 | 95.3 | 226 |
| 27 | C | F | HMCS2S | Hu0965 | 4-8 | 71% | WEM | 23.0 | 894 | 55.7 | 76.1 | 50.2 | 397 | 13.8 | 19.6 | NA | 412 | 79.3 | 161 |
| 68 | C | M | HMCS1S | Hu1010 | 4-8 | 83% | WEM | 15.9 | 308 | 36.9 | 270 | 28.9 | 65.3 | 47.6 | 56.8 | 49.3 | 248 | 17.5 | 107 |
| 47 | C | M | HMCS2L | Hu1015 | 9-12 | 87% | WEM | 8.58 | 474 | 26.3 | 215 | 7.86 | 64.2 | 15.0 | 6.26 | NA | 669 | 58.5 | 991 |
| 56 | C | M | HMCS1S | Hu1029 | 4-8 | 80% | WEM | 13.6 | 194 | 22.3 | 34.4 | 6.13 | 76.7 | 20.5 | 6.02 | 46.0 | 551 | 196 | 293 |
| 68 | AA | M | HMCS1S | Hu1033 | 4-8 | 79% | WEM | 24.4 | 263 | 78.1 | 141 | 22.9 | 845 | 79.1 | 23.4 | 74.6 | 450 | 113 | 200 |
| 65 | C | F | HMCS1S | Hu1036 | 4-8 | 80% | WEM | 52.5 | 499 | 277 | 223 | 5.57 | 940 | 44.7 | 23.2 | 84.6 | 1,020 | 108 | 771 |
| 71 | C | F | HMCS2S | Hu1039 | 4-8 | 81% | WEM | 32.6 | 383 | 31.3 | 39.6 | 48.9 | 63.9 | 70.0 | 33.0 | 70.0 | 660 | 75.9 | NA |
| 42 | C | F | HMCS1S | Hu4038 | 4-8 | 84% | WEM | 14.5 | 818 | 30.8 | 16.7 | 3.70 | 40.2 | 5.00 | 58.6 | 70.0 | 439 | NA | NA |
| 49 | C | F | HMCS2L | Hu4050 | 9-12 | 72% | WEM | 16.7 | 790 | 24.9 | 83.7 | 2.30 | 40.2 | 4.90 | 8.20 | 39.6 | 649 | 54.4 | 159 |

F=Female, M = Male, C = Caucasian, H = Hispanic, A = Asian, AA = African American, ME = Middle Eastern; WEM = Williams E Medium, DMEM = Dulbecco's Modified Eagle Medium, CHRM = Cryopreserved Hepatocytes Recovery Medium, CYP3A¹ = Testosterone used as probe substrate, CYP3A² = Midazolam used as substrate. Units for Metabolic Activities = pmol/min/10⁶ cells. NA = Not available, TBD = To be determined; data available soon. Viability % and Yield = For thawing either DMEM or WEM was used. Centrifugation conditions were 76 x g for 6 min at room temperature. DMEM or WEM: Cells were then resuspended in Incubation Medium (serum-free) and Trypan Blue exclusion was used to determine viability percentage and cell yield. An average viability percentage and cell yield were taken from a minimum of two cell counts. Donor specifications, including serological data, are available upon request. Viability Stability = Viability Stability is defined as the percentage of viable cells present after an incubation period of 1 or 2 hours. (Cells are counted in the same manner described for viability % and yield.) Note: When CHRM is used as a thawing medium, cell viability and viability stability will typically increase.

—Cryopreserved suspension continued, pg. 2—

ⓘ invitrogen

www.invitrogen.com

# Inventory Data Sheet

—Continued from pg. 1—

## Stocks of cryopreserved human hepatocytes for suspension use - metabolism applications.

To select your lot, email us at hepaticproducts@invitrogen.com or call one of the numbers below.

| Donor Info | | | Order Info | | Cell Biology | | | Metabolic Activity (pmol/1 x 10⁶ cells/min) | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Age | Race | Sex | Catalog number | Lot no. | Cells per vial (millions) | Average viability % | Thawing medium | ECOD | 7-HCG | 7-HCS | CYPA2 | CYP86 | CYP2C8 | CYP2C9 | CYP2C19 | CYP2D6 | CYP2E1 | CYP3A¹ | CYP3A* | FMO |
| 75 | C | M | HMCS1S | Hu4070 | 4-8 | 79% | WEM | 57.0 | 1,998 | 78.0 | 42.6 | NA | 11.9 | 71.2 | 0.40 | 70.9 | NA | 907 | NA | NA |
| 59 | C | M | HMCS1S | Hu4071 | 4-8 | 71% | WEM | 64.0 | 1,413 | 13.0 | 46.0 | 122 | 3.16 | 412.0 | 2.08 | 19.2 | 50.8 | 275 | 19.3 | 65.4 |
| 48 | C | M | HMCS1S | Hu4095 | 4-8 | 81% | WEM | 21.6 | 573 | 48.7 | 109 | 290 | 9.70 | 138.7 | 12.7 | 113.8 | 135 | 457 | 86.6 | 357 |
| 26 | C | F | HMCS2L | Hu4127 | 9-12 | 88% | WEM | 32.8 | 1,550 | 53.6 | 101 | 128 | 9.12 | 203 | 745 | 21.4 | 759 | 2,300 | 611 | NA |
| 59 | C | F | HMCS2S | Hu4140 | 4-8 | 77% | WEM | 103 | 917 | 80.9 | 22.7 | 48.3 | 4.94 | 74.5 | 85.0 | 10.8 | 129 | 744 | 167 | 117 |
| 61 | C | F | HMCS2S | Hu4143 | 4-8 | 80% | WEM | 16.9 | 144 | 45.0 | 10.0 | 13.4 | 5.10 | 132 | 34.9 | 10.4 | 609 | 358 | 36.0 | 253 |
| 64 | AA | M | HMCS1S | Hu4153 | 4-8 | 84% | WEM | 50.5 | 229 | 51.1 | 78.5 | 125 | 6.85 | 190 | 2.62 | 7.88 | 60.9 | 280 | 75.9 | 81.2 |
| 56 | C | M | HMCS1S | Hu4159 | 4-8 | 72% | WEM | 17.6 | 607 | 57.9 | 16.2 | 130 | 12.9 | 80.3 | 8.58 | 41.5 | NA | 479 | 43.7 | 134 |
| 22 | C | M | HMCS1S | Hu4167 | 4-8 | 72% | WEM | 15.3 | 1,090 | 71.5 | 99.2 | 304 | NA | 60.7 | 38.6 | 18.7 | NA | 1,840 | 471 | 208 |
| 61 | C | M | HMCS1S | Hu4171 | 4-8 | 83% | WEM | 61.2 | 537 | 51.8 | 20.5 | 201 | 2.03 | 144 | 28.0 | 21.0 | 76.3 | 1,310 | 248 | 68.2 |
| 31 | C | F | HMCS2S | Hu4197 | 4-8 | 82% | WEM | 21.9 | 398 | 27.5 | 20.5 | 13.2 | 1.57 | 131 | 4.87 | 30.8 | 107 | 297 | 179 | 118 |
| 58 | C | F | HMCS2S | **** | 4-8 | 75% | WEM | 18.5 | 194 | 30.4 | 86.4 | 16.2 | 6.30 | 84.1 | 6.48 | 29.4 | 117 | 534 | 53.7 | 124 |
| 57 | C | M | HMCS2S | Hu8008 | 9-12 | 78% | DMEM | 19.0 | 1,260 | 81.2 | 91.9 | 15.0 | 5.42 | 72.5 | 6.65 | 23.1 | 89.8 | 582 | 108 | 175 |
| 60 | A | F | HMCS2S | Hu8026 | 4-8 | 71% | WEM | 30.5 | 1,118 | 53.3 | 17.3 | 686 | 66.0 | 136 | 8.30 | 20.5 | 122 | 525 | 63.3 | 290 |
| 25 | C | M | HMCS1L | Hu8067 | 9-12 | 75% | WEM | 9.67 | 896 | 64.7 | 21.0 | 5.23 | NA | 35.8 | 7.45 | 29.0 | 23.1 | 189 | 15.3 | 304 |
| 47 | C | M | HMCS1S | Hu8074 | 4-8 | 81% | WEM | 18.3 | 236 | 17.7 | 30.3 | 701 | 4.90 | 130 | 279 | 14.5 | 95.0 | 455 | 125 | 148 |
| **Poor CYP2D6 metabolizers** | | | | | | | | | | | | | | | | | | | | |
| 26 | C | F | HMCP5S | Hu0641 | 4-8 | 88% | DMEM | 40.0 | 1,589 | 114 | NA | NA | 4.90 | 39.5 | 27.3 | 0.80 | NA | 210 | NA | NA |
| 62 | C | M | HMCP5S | Hu0736A | 4-8 | 74% | WEM | 28.6 | 538 | 31.2 | 87.8 | 26.2 | NA | 92 | 18.4 | 0.30 | NA | 737 | 165 | 309 |
| 61 | C | M | HMCP5S | Hu0975 | 4-8 | 79% | WEM | 24.1 | 386 | 41.8 | 50.4 | 32.5 | 5.98 | 551 | 10.4 | 2.31 | NA | 407 | 33.1 | 141 |
| 52 | C | M | HMCP5S | Hu0101 | 4-8 | 75% | WEM | 10.4 | 140 | 20.8 | 221 | 22.3 | 5.58 | 62.5 | 1.71 | 0.09 | 41.3 | 243 | 20.8 | 220 |
| 27 | C | M | HMCP5S | Hu4022 | 4-8 | 69% | WEM | 9.85 | 545 | 51.8 | 34.0 | 16.3 | NA | 58.3 | 6.67 | 0.91 | NA | 881 | 172 | NA |
| 46 | C | M | HMCPRL | Hu4105 | 9-12 | 83% | WEM | 23.6 | 309 | 31.9 | 111 | 9.75 | 5.30 | 106 | 18.9 | 1.05 | NA | 205 | 326 | 132 |
| 57 | C | F | HMCP5S | Hu4156 | 4-8 | 82% | CHRM | 60.0 | 336 | 17.6 | 24.3 | 183 | NA | 615 | 2.19 | 2.09 | NA | 635 | 109 | NA |
| 20 | C | F | HMCP5S | Hu8040 | 4-8 | 86% | CHRM | 54.0 | 352 | 21.0 | 76.9 | 155 | 13.4 | 93.8 | 19.4 | 2.45 | 134 | 1,598 | 330 | 54.6 |
| 28 | C | M | HMCP5S | Hu8083 | 4-8 | 77% | WEM | 22.3 | 291 | 20.9 | 72.3 | 5.61 | 116 | 179 | 1.07 | 75.6 | 90.2 | 14.8 | 101 | |

F=Female, M = Male, C = Caucasian, H = Hispanic, A = Asian, AA = African American, ME = Middle Eastern, WEM = Williams' E Medium, DMEM = Dulbecco's Modified Eagle Medium, CHRM = Cryopreserved Hepatocytes Recovery Medium, CYP3A* = Testosterone used as substrate, CYP3A¹ = Midazolam used as substrate. **Units for Metabolic Activities** = pmol/min/10⁶ cells. NA = Not available. TBD = To be determined; data available soon. **Viability % and Yield** = For thawing either DMEM or WEM was used. Centrifugation conditions were 76 x g for 6 min at room temperature. DMEM or WEM. Cells were then resuspended in Incubation Medium (serum-free), and Trypan Blue exclusion was used to determine viability percentage and cell yield. An average viability percentage and cell yield were taken from a minimum of two cell counts. Donor specifications, including serological data, are available upon request. **Viability Stability** = Viability Stability is defined as the percentage of viable cells present after an incubation period of 1 or 2 hours. (Cells are counted in the same manner described for viability % and yield.) **Note:** When CHRM is used as a thawing medium, cell viability and viability stability will typically increase.

**** Hu4214, Hu4218, Hu4219 and Hu4220 were produced from the same donor.

Inventory Data Sheet

## Genotyping results

| Lot no. | CYP2C9 | CYP2C19 | CYP2D6 | CYP3A5 |
|---|---|---|---|---|
| Hu0526 | WT/*3 | WT/WT | WT/WT | WT/*3 |
| Hu0536 | WT/WT | WT/*2 | WT/WT | WT/*3 |
| Hu0549 | WT/*3 | WT/WT | WT/WT | WT/*3 |
| Hu0617 | WT/WT | WT/*2 | WT/WT | *3/*3 |
| Hu0619 | WT/WT | WT/WT | WT/WT | WT/WT |
| Hu0624 | WT/*2, WT/*3 | WT/WT | WT/*4 | WT/WT |
| Hu0685 | WT/*3 | WT/WT | WT/*3 | *3/*3 |
| Hu0749 | WT/WT | WT/*2 | WT/WT | *3/*3 |
| Hu0756 | WT/WT | WT/WT | WT/WT | *3/*3, WT/*6 |
| Hu0783 | WT/WT | WT/WT | WT/WT | *3/*3 |
| Hu0817 | WT/WT | WT/WT | WT/*4 | *3/*3 |
| Hu0823 | WT/WT | WT/*2 | WT/WT | *3/*3 |
| Hu0834 | WT/*2 | WT/WT | WT/*3 | *3/*3 |
| Hu0847 | WT/*2 | WT/*2 | WT/*3 | *3/*3 |
| Hu0924 | WT/WT | WT/WT | WT/*4 | *3/*3 |
| Hu0951 | WT/WT | *2/*2 | WT/WT | *3/*3 |
| Hu0957 | WT/*2 | WT/WT | WT/WT | *3/*3 |
| Hu0965 | WT/*2 | WT/WT | WT/*6 | *3/*3 |
| Hu1010 | WT/WT | WT/WT | WT/WT | *3/*3 |
| Hu1015 | WT/WT | WT/WT | WT/*4 | *3/*3 |
| Hu1029 | WT/*3 | WT/WT | WT/WT | WT/*3 |
| Hu1033 | WT/WT | WT/*2 | WT/WT | WT/*3 |
| Hu1036 | WT/WT | WT/WT | WT/*4 | WT/*3 |
| Hu1039 | WT/*3 | WT/WT | WT/WT | WT/*3 |
| Hu4038 | WT/WT | WT/WT | WT/WT | *3/*3 |
| Hu4050 | WT/WT | WT/*2 | WT/WT | *3/*3 |
| Hu4070 | WT/WT | WT/WT | WT/WT | *3/*3 |
| Hu4071 | WT/WT | WT/WT | WT/*4 | |

## Genotyping results

| Lot no. | CYP2C9 | CYP2C19 | CYP2D6 | CYP3A5 |
|---|---|---|---|---|
| Hu4095 | WT/WT | WT/WT | WT/WT | *3/*3 |
| Hu4127 | TBD | WT/WT | WT/WT | *3/*3 |
| Hu4140 | WT/WT | WT/WT | WT/*4 | *3/*3 |
| Hu4143 | WT/WT | WT/*2 | WT/*4 | *3/*3 |
| Hu4153 | WT/*3 | WT/WT | WT/WT | *3/*3 |
| Hu4159 | WT/WT | WT/*2 | WT/*4 | *3/*3 |
| Hu4167 | WT/*3 | WT/WT | WT/WT | *3/*3 |
| Hu4171 | WT/WT | WT/WT | WT/WT | *3/*3 |
| Hu4197 | WT/*2 | WT/*2 | WT/WT | *3/*3 |
| Hu4214 | WT/WT | WT/WT | WT/WT | *3/*3 |
| Hu4218 | WT/WT | WT/WT | WT/WT | *3/*3 |
| Hu4219 | WT/WT | WT/WT | WT/WT | *3/*3 |
| Hu4220 | WT/WT | WT/WT | WT/WT | *3/*3 |
| Hu8008 | WT/*3 | WT/WT | *9/*9 | *3/*3 |
| Hu8026 | WT/WT | *2/*2 | WT/WT | *3/*3 |
| Hu8067 | WT/*2, WT/*3 | WT/WT | WT/*4 | *3/*3 |
| Hu8074 | WT/WT | WT/WT | WT/WT | *3/*3 |
| Poor CYP2D6 metabolizers | | | | |
| Hu0641 | WT/WT | WT/WT | *6/*6 | *3/*3 |
| Hu0736A | WT/WT | WT/*2 | *4/*4 | *3/*3 |
| Hu0975 | WT/WT | WT/WT | *4/*4 | *3/*3 |
| Hu1101 | WT/*2 | WT/WT | *4/*4 | *3/*3 |
| Hu4022 | WT/WT | WT/*2 | WT/*4 | WT/*3 |
| Hu4105 | WT/*2 | WT/WT | *4/*4 | *3/*3 |
| Hu4156 | WT/WT | WT/WT | *4/*4 | *3/*3 |
| Hu8040 | WT/*2 | WT/WT | *4/*4 | *3/*3 |
| Hu8083 | WT/WT | WT/WT | *6/*6 | *3/*3 |

invitrogen
www.invitrogen.com

Inventory Data Sheet

## Metabolic assay conditions

The commonly tested Phase 1 (P450) and Phase II (UGT, SULT) drug metabolizing enzymes were analyzed for metabolic activity in each of the lots listed above. Cells were carefully thawed in Williams' E Medium (WEM) or Dulbecco's Modified Eagle Medium (DMEM) and resuspended to 1.0 x $10^6$ cells/ml in Incubation Medium (serum-free). 0.25 mL or 0.5 mL (ECOD, 7-HC) of cell suspension was aliquoted into a 24-well or a 12-well non-coated plate, respectively, containing the appropriate substrate and placed in a humidified incubator at 37°C, 95% relative humidity, and 5% $CO_2$ on an orbital shaker. All incubations were performed in triplicate. At the appropriate time point for each substrate, a sample was collected from each well and stored frozen at –70°C until processed by LC/MS/MS or HPLC analysis. Metabolite formation was measured by standard biochemical assays using GLP-validated LC/MS/MS assays (Table 2). At least six calibration standards and 12 quality control samples (at three different concentrations) were used to evaluate the quality of analytical runs.

Table 1—Substrate probes to assess human CYP450 metabolic activity.

| Enzyme | Substrate | Concentration | Incubation time | Marker metabolite |
|--------|-----------|---------------|-----------------|-------------------|
| CYP1A2 | Phenacetin | 100 µM | 15 min | Acetaminophen |
| CYP2B6 | Bupropion | 500 µM | 15 min | Hydroxybupropion |
| CYP2C8 | Paclitaxel | 20 µM | 30 or 45 min | 6α-Hydroxypaclitaxel |
| CYP2C9 | Diclofenac | 25 µM | 15 min | 4'-Hydroxydiclofenac |
| CYP2C19 | (S)-Mephenytoin | 250 µM | 30 min | 4'-Hydroxymephenytoin |
| CYP2D6 | Dextromethorphan | 15 µM | 15 min | Dextrorphan |
| CYP2E1 | Chlorzoxazone | 250 µM | 15 min | 6-Hydroxychlorzoxazone |
| CYP3A | Testosterone | 200 µM | 15 min | 6β-Hydroxytestosterone |
| CYP3A | Midazolam | 10 µM | 10 min | 1-Hydroxymidazolam |
| Phase I | 7-Ethoxycoumarin | 100 µM | 30 min | (ECOD) 7-Hydroxycoumarin (7-HC) |
| Phase II | 7-Hydroxycoumarin | 100 µM | 30 min | 7-Hydroxycoumarin Glucuronide (7-HCG) and 7-Hydroxycoumarin Sulfate (7-HCS) |
| FMO | Benzydamine | 250 µM | 30 min | Benzydamine-N-Oxide |

For research use only. Not intended for any animal or human therapeutic or diagnostic use, unless otherwise stated.
©2009 Life Technologies Corporation. All rights reserved. The trademarks mentioned herein are the property of Life Technologies Corporation or their respective owners. These products may be covered by one or more Limited Use Label Licenses (see Invitrogen catalog or www.invitrogen.com). By use of these products you accept the terms and conditions of all applicable Limited Use Label Licenses.

# E.11

# Inventory Data Sheet
## Pooled Cryopreserved Human Hepatocytes

Stocks of pooled cryopreserved human hepatocytes for suspension use - metabolism applications.

To select your lot, email us at hepaticproducts@invitrogen.com or call one of the numbers below.

| Order Info | | | Cell Biology | | | Metabolic Activity (pmol/$1 \times 10^6$ cells/min) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Catalog no. | Lot no. | No. of donors | Cells per vial (millions) | Average viability % | Thawing medium | ECOD | 7-HCG | 7-HCS | CYP1A2 | CYP2B6 | CYP2C8 | CYP2C9 | CYP2C19 | CYP2D6 | CYP2E1 | CYP3A† | CYP3A‡ | FMO |
| HMCS35 | Hu0639-3 | 2 | 4-8 | 84% | DMEM | 39.5 | 751 | 46.2 | 50.9 | NA | 16.5 | 84.1 | 22.6 | 28.7 | NA | 646 | NA | NA |
| HMCS35 | HuP2001-03 | 10 | 4-8 | 85% | WEM | 24.6 | 221 | 28.0 | 118 | 38.5 | 14.3 | 58.5 | 22.8 | 16.8 | 74.8 | 602 | 54.7 | NA |
| HMCS35 | HuP53 | 3 | 4-8 | 75% | WEM | 44.1 | 595 | 48.1 | 102 | 49.2 | NA | 50.3 | 12.1 | 9.27 | 460 | 460 | NA | 216 |
| HMCS3L | HuP61 | 10 | 4-8 | 81% | CHRM | 14.7 | 399 | 40.6 | 55.9 | 8.20 | 11.8 | 168 | 226 | 46.0 | 53.0 | 1,060 | 167 | 501 |
| HMCS35 | HuP88 | 9-12 | 4-8 | 77% | WEM | 24.1 | 371 | 35.3 | 34.8 | 54.1 | 11.8 | 93.0 | 90.0 | 187 | 419 | NA | 149 | NA |
| HMCS35 | HuP89 | 5 | 4-8 | 75% | WEM | 39.2 | 429 | 47.5 | 54.7 | 40.3 | 9.90 | 52.4 | 22.1 | 195 | 166 | 369 | 115 | 88.2 |
| HMCS35 | HuP94 | 10 | 4-8 | 79% | WEM | 25.6 | 597 | 56.3 | 38.0 | 19.6 | 73.3 | 150 | 13.3 | 600 | 770 | 600 | 500 | 760 |

F=Female, M=Male, C=Caucasian, H=Hispanic, A=Asian, AA=African American, ME=Middle Eastern. **WEM** = Williams' E Medium. **DMEM** = Dulbecco's Modified Eagle Medium. **CHRM** = Cryopreserved Hepatocytes Recovery Medium. **CYP3A†** = Testosterone used as probe substrate. **CYP3A‡** = Midazolam used as substrate. Units for **Metabolic Activities** = pmol/min/$10^6$ cells. **NA** = Not available. **Viability % and Yield** = For thawing either DMEM, WEM or CHRM was used. Centrifugation conditions were 7k x g for 6 min at room temperature (DMEM or WEM) or 100 x g for 10 min at room temperature for CHRM. Cells were then resuspended in incubation Medium (serum-free), and Trypan Blue exclusion was used to determine viability and cell yield. An average viability percentage and cell yield were taken from a minimum of two cell counts. Donor specifications, including serological data, are available upon request. **Note:** When CHRM is used as a thawing medium, cell viability and viability stability will typically increase.

invitrogen
www.invitrogen.com

Inventory Data Sheet

## Metabolic assay conditions

The commonly tested Phase I (P450) and Phase II (UGT, SULT) drug metabolizing enzymes were analyzed for metabolic activity in each of the lots listed above. Cells were carefully thawed in Williams' E Medium (WEM), Dulbecco's Modified Eagle Medium (DMEM), or Cryopreserved Hepatocyte Recovery Medium (CHRM) and resuspended to 1.0 x 10⁶ cells/ml in Incubation Medium (serum-free). 0.25 mL or 0.5 mL (ECOD, 7-HC) of cell suspension was aliquoted into a 24-well or a 12-well non-coated plate, respectively, containing the appropriate substrate and placed in a

humidified incubator at 37°C, 95% relative humidity, and 5% $CO_2$, on an orbital shaker. All incubations were performed in triplicate. At the appropriate time point for each substrate, a sample was collected from each well and stored frozen at -70°C until processed for LC/MS/MS or HPLC analysis. Metabolite formation was measured by standard biochemical assays using GLP-validated LC/MS/ MS assays (Table 2). At least six calibration standards and 12 quality control samples (at three different concentrations) were used to evaluate the quality of analytical runs.

Table 1—Substrate probes to assess human CYP450 metabolic activity.

| Enzyme | Substrate | Concentration | Incubation time | Marker metabolite |
|---|---|---|---|---|
| CYP1A2 | Phenacetin | 100 µM | 15 min | Acetaminophen |
| CYP2A6 | Bupropion | 500 µM | 15 min | Hydroxybupropion |
| CYP2C8 | Paclitaxel | 20 µM | 30 or 45 min | 6α-Hydroxypaclitaxel |
| CYP2C9 | Diclofenac | 25 µM | 15 min | 4'-Hydroxydiclofenac |
| CYP2C19 | (S)-Mephenytoin | 250 µM | 30 min | 4'-Hydroxymephenytoin |
| CYP2D6 | Dextromethorphan | 15 µM | 15 min | Dextrorphan |
| CYP2E1 | Chlorzoxazone | 250 µM | 15 min | 6-Hydroxychlorzoxazone |
| CYP3A | Testosterone | 200 µM | 15 min | 6β-Hydroxytestosterone |
| CYP3A | Midazolam | 10 µM | 10 min | 1-Hydroxymidazolam |
| Phase I | 7-Ethoxycoumarin | 100 µM | 30 min | (ECOD) 7-Hydroxycoumarin (7-HC) |
| Phase II | 7-Hydroxycoumarin | 100 µM | 30 min | 7-Hydroxycoumarin Glucuronide (7-HCG) and 7-Hydroxycoumarin Sulfate (7-HCS) |
| FMO | Benzydamine | 250 µM | 30 min | Benzydamine-N-Oxide |