# Exhibit I

# Mark A. Peterson

Mark is the Chief Executive Officer and founder of Robinwood Consulting. He has over 22 years of experience in the valuation of intellectual property and has assisted clients in valuing technology for licensing purposes; including negotiating licenses and packaging technology for sale. Additionally, Mark serves as an expert on the valuation of intellectual property in litigation matters.

In the area of litigation, Mark has provided consulting assistance to clients in the evaluation of economic damages resulting from the infringement of intellectual property rights. These evaluations have included lost profits, reasonable royalties, and claims for unjust enrichment, among others. His analyses have included determinations of fixed and variable costs, incremental profit determinations, cost savings, analyses of market demand, capacity, price erosion, convoyed sales, as well as the economic effects of acceptable non-infringing alternatives, among others. These analyses have culminated in both deposition and trial testimony.

Mark has assisted clients in the licensing of technology both in settlement of litigation as well as the avoidance of litigation. This assistance has taken the form of determining the economic impact of potential license terms to provide for appropriate sharing of risk between the parties to the agreement. Additionally, Mark served as a member of the Advisory Board of the Ohio University Edison Biotechnology Institute.

Mark has experience in a wide range of industries including among others, automotive, biotechnology, chemical, computer software, defense, electronics, furniture, footware, gaming, law enforcement, marine, medical supply, metal forming, optical, pharmaceutical, recreational products, telecommunications and heavy equipment manufacturing, among others.

Mark has made presentations to the Wisconsin Intellectual Property Association on "The Role Of The Accountant In Litigation," the Practicing Law Institute on "The Economic Evaluation Of Trade Secrets," "Economic Modeling Of Patent Damages," and "Technology Pricing In Joint Ventures" the Pacific Intellectual Property And Trade Forum on "Technology and Trade Secret Pricing," as well as numerous presentations to the Licensing Executives Society and the Association of University Technology Managers on technology pricing and damages in intellectual property litigation. In 2002, Mark wrote the valuation and negotiation sections of the Licensing Executive Society's Fundamentals of Intellectual Asset Management seminar and in 2003 wrote the valuation portion of

the Intermediate Intellectual Asset Management seminar.  These seminars represent the formal course instruction available for individuals attempting to earn the Licensing Executive Society's Certified Licensing Professional credential.

In intellectual property matters, Mark has testified on the value of patents, trademarks, copyrights and trade secrets.  In addition, Mark has also supervised, participated in and testified on accounting and economic issues in the commercial damage, bankruptcy, securities, and commodities fraud environments.  In connection with these engagements he has analyzed lost profits, bankruptcy preference claims, accounting malpractice claims, evaluated losses sustained through securities and commodities trading, and performed fraud audits, among others.

Prior to forming Robinwood Consulting, Mark was a Vice President in the international consulting firm, Peterson Consulting Limited Partnership where he focused in consulting on intellectual property and commercial damage issues.  Before that Mark was an Associate Member of the Chicago Board of Trade and spent three years as Controller and General Manager of a brokerage firm in Chicago.  Prior to that Mark spent two years as an auditor for the Office of Investigations and Audits of the Chicago Board of Trade.

Mark has a Bachelor of Business Administration degree in accounting and economics from Ohio University.  He is a Certified Licensing Professional, a Certified Public Accountant in Illinois, and a member of the American Institute of Certified Public Accountants, the Illinois CPA Society, and was a Trustee from 1995-2001 of the Licensing Executives Society.  During 1999 Mark served as the Central Region Vice President and during 2000-2001 as Treasurer of the Licensing Executives Society.  From 1998-2001 Mark was also a member of the Executive Committee of the Licensing Executives Society.  From 2001 through 2006, he held numerous offices including Secretary, Treasurer and Vice President of the Board of Governors of The Mid-America Club in Chicago.



1994 - 2010

*16 Years of Excellence*

*Robinwood Consulting LLC*