# EXHIBIT A

(CONTAINS HIGHLY CONFIDENTIAL INFORMATION THAT HAS BEEN REDACTED FROM THE PUBLIC RECORD VERSION THAT EXCLUDES THE HIGHLY CONFIDENTIAL INFORMATION)