**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CELSIS IN VITRO, INC. a Maryland Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>CELLZDIRECT, INC., a Delaware Corporation and wholly-owned subsidiary of INVITROGEN CORPORATION; and INVITROGEN CORPORATION, a Delaware Corporation.<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  10-cv-4053<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JULIE LANGDON, ESQ.**

I, Julie Langdon, Esq., submit this Declaration in support of Plaintiff Celsis In Vitro, Inc.'s ("Celsis IVT') Emergency Motion for Briefing Schedule and Hearing Date for Preliminary Injunction Motion, and declare as follows:

1. I am an associate attorney at Loeb & Loeb, LLP and am admitted to practice in this District.

2. Attached as Exhibit A is a true and accurate copy of a press release issued by Celsis IVT on or about October 20, 2009.

3. Attached as Exhibit B is a true and accurate copy of a press release issued by Celsis IVT on or about February 3, 2010.

2

4. Attached as Exhibit C is a true and accurate copy of a press release issued by Celsis IVT on or about May 13, 2010.

I declare under penalty of perjury that the above is true and accurate to the best of my knowledge.

Dated:  June 30, 2010                     Respectfully submitted,

By:      /s/ Julie Langdon
Julie Langdon, Esq.
LOEB & LOEB LLP
321 North Clark Street
Chicago, IL  60654
Phone: (312) 464-3100
jlangdon@loeb.com