# EXHIBIT A

**Celsis | In Vitro Technologies**

## News Release
For release: Tuesday, 20 October 2009

Celsis In Vitro Inc
1450 S. Rolling Road
Baltimore, MD 21227
USA

T +1 410 455 1242
F +1 410 455 1245

### Celsis IVT Granted U.S. Patent for LiverPool™ Hepatocytes

BALTIMORE—20 October 2009—Celsis International is pleased to announce that the United States Patent and Trademark Office today issued U.S. Patent No. 7,604,929 to Celsis In Vitro Technologies (Celsis IVT). This patent generally covers processes by which the company creates its unique LiverPool™ products for drug discovery research. The pooling process combines primary cells from multiple donors to create large lots with targeted activity levels. The resulting LiverPool product is flexible, customizable and repeatable, enabling scientists to run multiple studies on various compounds or NCEs anywhere in the world, and at any time, which speeds up decision making and reduces the time and cost of drug research.

"Our LiverPool product is a great example of Celsis IVT's pioneering work in developing ADME-Tox products that meet the research needs of our customers, while helping to take costs out of the drug discovery process," said Judy Madden, vice president of strategic development for Celsis. "We're proud that the US Patent Office has recognized our continued innovation and awarded us this patent."

Celsis IVT has been producing LiverPool products for more than five years and they have been incorporated into the standard research protocols of major pharmaceutical companies around the world. Research conducted with LiverPool has documented its efficacy as a research tool in numerous ADME-Tox assays, including metabolic stability and clearance studies. Scientific posters and LiverPool product information are available online at www.celsis.com/liverpool.

**About Celsis IVT**
Celsis IVT is the premier world provider of specialized *in vitro* products for the study of metabolism, drug-drug interactions and toxicity in drug discovery and development. Since 1990, pharmaceutical and biotechnology companies have relied on Baltimore-based Celsis IVT for quality *in vitro* products for lead optimization. Celsis IVT products deliver faster time to results, enabling more productive and cost-effective research. Celsis IVT's patented LiverPool products, cryo-plateable hepatocytes (the world's largest inventory) and other ADMET research tools are available worldwide. Visit www.celsis.com/ivt for more information.

**About Celsis International**
Chicago-based Celsis International is a leading global provider of innovative life science products and laboratory services to the pharmaceutical and consumer products industries. Each Celsis division delivers substantial time and cost savings to its customers while ensuring product quality and safety for consumers. Celsis' extensive client base includes leading pharmaceutical and consumer products companies, including all 25 of the top 25 pharmaceutical companies worldwide. Visit www.celsis.com.

###

**Media Contacts**
Cindy Lieberman – Corporate Marketing
Celsis International
T +1 312 476 1200
clieberman@celsis.com

Andrea Davis
Outlook Marketing Services, Inc.
T +1 312 873 3421
andrea@outlookmarketingsrv.com

# EXHIBIT B



Celsis In Vitro, Inc.
1450 S. Rolling Road
Baltimore, MD 21227 USA

T +1 410 455 1242
F +1 410 455 1245

For Immediate Release:

**Celsis Initiates Patent Infringement Action against XenoTech and Sekisui**

BALTIMORE—3 February 2010 —Celsis In Vitro, Inc. (Celsis IVT) announced today that it has filed a patent infringement lawsuit against XenoTech LLC, Sekisui Chemical Co. Ltd., and Sekisui Medical Co. Ltd. in the United States District Court for the Northern District of Illinois in Chicago. XenoTech and Sekisui Medical are wholly-owned subsidiaries of Sekisui Chemical. The complaint alleges that certain processes and methods performed by XenoTech associated with its *in vitro* drug testing services and its pooled cryopreserved hepatocyte products, including CryoXTreme™, infringes one or more claims of U.S. Patent No. 7,604,929 (the '929 patent). The complaint also alleges that Sekisui Chemical and Sekisui Medical are inducing infringement of the '929 patent and seeks monetary damages and injunctive relief. Celsis IVT is represented by Jordan Sigale and Adam Kelly of Loeb & Loeb LLP.

The '929 patent relates to processes and methods for producing cryopreserved hepatocytes. In general, this technology combines hepatocytes from multiple donors to create large lots with targeted activity levels, the result of which is a product that speeds up decision making and reduces the time and cost of drug research. Since 2005, Celsis IVT has used this novel technology to create its unique LiverPool™ products for drug discovery research. Major pharmaceutical companies around the world have incorporated these LiverPool products into their standard research protocols. Research conducted with LiverPool has confirmed its outstanding efficacy as a research tool in numerous ADME-Tox assays, including metabolic stability and clearance studies. Additional LiverPool product information is available online at www.celsis.com/liverpool.

"Innovation is the lifeblood of Celsis and the entire life sciences industry. It must be protected if we are to advance the cause of cost-effective drug discovery," said Jay LeCoque, CEO of Celsis. "We are disappointed that we are forced to take a litigation path after an unsuccessful attempt to meaningfully discuss our proprietary rights with XenoTech," he added, "Yet, we remain hopeful that the Defendants will cooperate with us to reach a successful resolution."

**About Celsis IVT**
Celsis IVT, a subsidiary of Celsis International Ltd., is the premier world provider of specialized *in vitro* products for the study of metabolism, drug-drug interactions and toxicity in drug discovery and development. Since 1990, pharmaceutical and biotechnology companies have relied on Baltimore-based Celsis IVT for quality *in vitro* products for lead optimization. Celsis IVT products deliver faster time to results, enabling more productive and cost-effective research. Celsis IVT's patented LiverPool products, cryo-plateable hepatocytes (the world's largest inventory) and other ADMET research tools are available worldwide. Visit www.celsis.com/ivt for more information.

**About Celsis International Ltd.**
Chicago-based Celsis International Ltd. is a leading global provider of innovative life science products and laboratory services to the pharmaceutical and consumer products industries. Each Celsis division delivers substantial time and cost savings to its customers while ensuring product quality and safety for consumers. Celsis' extensive client base includes leading pharmaceutical and consumer products companies, including all 25 of the top 25 pharmaceutical companies worldwide. Visit www.celsis.com.

###

**Media Contacts**
Cindy Lieberman – Corporate Marketing
Celsis International
T +1 312 476 1200
clieberman@celsis.com

Andrea Davis
Outlook Marketing Services, Inc.
T +1 312 873 3421
andrea@outlookmarketingsrv.com

# EXHIBIT C

# Celsis | In Vitro Technologies

Celsis In Vitro Inc
1450 S. Rolling Road
Baltimore, MD 21227
USA

T +1 410 455 1242
F +1 410 455 1245

## News Release
For release: Thursday, 13 May 2010

### Celsis IVT settles LiverPool patent infringement suit with Xenotech LLC

BALTIMORE—13 May 2010 — Celsis International Ltd. announced today that Celsis In Vitro, Inc. ("Celsis IVT") has reached a settlement agreement with XenoTech, LLC, Sekisui Chemical Co. Ltd., and Sekisui Medical Co. Ltd. in a patent infringement lawsuit filed by Celsis IVT on February 2, 2010.

The lawsuit involved a patent owned by Celsis IVT relating to processes for producing its LiverPool™ products. The LiverPool products are multi-cryopreserved, pooled hepatocyte products used by pharmaceutical companies to evaluate potential drug compounds.

As part of the settlement agreement, XenoTech has agreed to cease manufacturing and selling its CryoXTreme products. Other terms of the settlement agreement are confidential.

"Celsis believes in the fundamental importance of respecting patents and other forms of intellectual property, and we intend to defend the time and energy we have invested in our LiverPool product line and patents," said Jay LeCoque, CEO of Celsis. "I am pleased that this lawsuit has been settled and that CryoXTreme has been removed from the market."

For more information about Celsis and its products, visit www.celsis.com.

**About Celsis IVT**
Celsis IVT is the premier world provider of specialized *in vitro* products for the study of metabolism, drug-drug interactions and toxicity in drug discovery and development. Since 1990, pharmaceutical and biotechnology companies have relied on Baltimore-based Celsis IVT for quality *in vitro* products for lead optimization. Celsis IVT products deliver faster time to results, enabling more productive and cost-effective research. Celsis IVT's patented LiverPool products, cryo-plateable hepatocytes (the world's largest inventory) and other ADMET research tools are available worldwide. Visit www.celsis.com/ivt for more information.

**About Celsis International**
Chicago-based Celsis International is a leading global provider of innovative life science products and laboratory services to the pharmaceutical and consumer products industries. Each Celsis division delivers substantial time and cost savings to its customers while ensuring product quality and safety for consumers. Celsis' extensive client base includes leading pharmaceutical and consumer products companies, including all 25 of the top 25 pharmaceutical companies worldwide. Visit www.celsis.com.

###

**Media Contacts**
Cindy Lieberman – Corporate Marketing
Celsis International
T +1 312 476 1200
clieberman@celsis.com

Andrea Davis
Outlook Marketing Services, Inc.
T +1 312 873 3421
andrea@outlookmarketingsrv.com