**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CELSIS IN VITRO, INC. a Maryland Corporation,  )<br><br>*Plaintiff*,  )<br><br>v.  )<br><br>CELLZDIRECT, INC., a Delaware Corporation and wholly-owned subsidiary of INVITROGEN CORPORATION; and INVITROGEN CORPORATION, a Delaware Corporation.  )<br><br>*Defendants.*  ) | Case No. 10-cv-4053<br><br>Judge Milton I. Shadur<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

To:  Stephen G. Whiteside, Ph.D., Esq.
     Invitrogen Corporation
     7305 Executive Way
     Frederick, MD 21704

PLEASE TAKE NOTICE that on **Friday, July 2, 2010 at 9:15 A.M.**, or as soon thereafter as counsel can be heard, the undersigned shall appear before the Honorable Milton I. Shadur, or any judge who may be sitting in his place and stead, in Courtroom 2303 at 219 South Dearborn Street, Chicago, IL and shall then and there present the **Emergency Motion For Restricting Order Pursuant To L.R. 26.2 And For Leave To File Under Seal Documents In Support of Celsis IVT's Motion For Preliminary Injunction Filed June 30, 2010 Pursuant To L.R. 5.8, And Motion For Entry Of Protective Order Pursuant To L.P.R 1.4**, a copy of which is hereby served upon you.

1

| | |
|---|---|
| This 30th Day of June, 2010. | By:   /s/ Adam G. Kelly  <br>Adam G. Kelly, Esq. |

                                        Jordan A. Sigale, Esq.
                                        Adam G. Kelly, Esq.
                                        Julie L. Langdon, Esq.
                                        LOEB & LOEB LLP
                                        321 North Clark Street
                                        Chicago, IL  60654
                                        (312) 464-3100
                                        akelly@loeb.com

## CERTIFICATE OF SERVICE

      I, Adam G. Kelly, hereby certify that a copy of the foregoing **Notice of Motion for Emergency Motion For Restricting Order Pursuant To L.R. 26.2 And For Leave To File Under Seal Documents In Support Of Celsis IVT's Motion For Preliminary Injunction Filed June 30, 2010 Pursuant To L.R. 5.8, And Motion For Entry Of Protective Order Pursuant To L.P.R 1.4** was served via hand delivery by process server upon the following on the 30th day of June, 2010:

TO:    Stephen G. Whiteside, Ph.D., Esq.
           Invitrogen Corporation
           7305 Executive Way
           Frederick, MD 21704

Dated: June 30, 2010

                                                                    By:      /s/ Adam G. Kelly
                                                                             Jordan A. Sigale, Esq.
                                                                             Adam G. Kelly, Esq.
                                                                             Julie L. Langdon, Esq.
                                                                             LOEB & LOEB LLP
                                                                             321 North Clark Street
                                                                             Chicago, IL 60654
                                                                             (312) 464-3100
                                                                             akelly@loeb.com

                                                                             *Attorneys for Plaintiff,*
                                                                             *Celsis In Vitro, Inc.*