*MHN*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CELSIS IN VITRO, INC.
a Maryland Corporation,

               *Plaintiff,*

v.

CELLZDIRECT, INC., a Delaware Corporation
and wholly-owned subsidiary of INVITROGEN
CORPORATION; and INVITROGEN
CORPORATION, a Delaware Corporation.

               *Defendants.*

Case No. 10-4053

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Declarations of Mark A. Peterson, Judy
Madden, and the Supplemental Declaration of Judy Madden and associated the respective
exhibits be filed under seal.

**SO ORDERED:**

DATED: ___July 7___, 2010

_____
Honorable Milton I. Shadur
Senior U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Celsis In Vitro, Inc. v. CellzDirect, Inc. *et al.*
1:10-cv-4053 N.D. Ill.

## INDEX

| Tab | Description |
|-----|-------------|
|     | Motion for Preliminary Injunction |
| 1.  | Declaration of Stephen C. Strom, Ph.D. with Exhibits |
| 2.  | Declaration of Mark A. Peterson Redacted Version |
| 3.  | Declaration of Daniel Dryden |
| 4.  | Declaration and Supplemental Declaration of Judy Madden |