IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CELSIS IN VITRO, INC.**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10 C 4053 |
| | ) |
| **CELLZDIRECT, INC.**, a Delaware | ) |
| Corporation and wholly-owned subsidiary | ) |
| of **INVITROGEN CORPORATION**; | ) |
| and **INVITROGEN CORPORATION**, | ) |
| a Delaware Corporation, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

In accordance with the litigants' joint stipulation filed January 15, 2015, this Court orders the entry of a judgment that the method used by defendants to manufacture lot numbers HuP2002-02, HuP2003-01, HuP2003 and HuP2004, and the method used by third party APSciences to manufacture lot number HuP95, infringed at least claim 1 of U.S. Patent No. 7,604,929. In accordance with the purpose of that stipulation and Fed. R. Civ. P. ("Rule") 54(b), this Court directs the entry of a final judgment in that respect and expressly determines that there is no just reason for delay.

As is also specified in the parties' joint stipulation, plaintiff has withdrawn its corrected motion for sanctions for defendant's asserted spoliation of previously enjoined vials of products made by the original method (Dkt. 387). That said, the continued pendency of other motions in the case, coupled with its general complexity, makes it useful for counsel for the parties to file brief statements specifying any respects in which the issues posed by those other motions are impacted by the parties' current stipulation or by the withdrawal of the sanctions motion.

Accordingly the litigants' counsel are ordered to file either individual supplements or a joint supplement in that regard to their already-tendered submissions on those other motions, such supplement or supplements to be filed on or before February 2, 2015.

                                                 _____
                                                 Milton I. Shadur
                                                 Senior United States District Judge

Date:  January 20, 2015